**Exhibit 2**

**DIP Budget**

|  | BARNET L. LIBERMAN DIP FINANCING BUDGET 13 WEEKS | | |
|---|---|---|---|
|  |  |  |  |
| LOCATION | EH | HUDSON |  |
|  |  |  |  |
| COMMON CHARGES | 3,092.00 |  |  |
|  |  |  |  |
| HOME MAINTENANCE | 250.00 | 50.00 |  |
| EMERGENCY HEAT REPAIR"3" |  |  | "3"  $7,000.00 ONE TIME REPAIR |
| ELECTRICITY | 200.00 | 1,000.00 |  |
| HEAT | 400.00 |  |  |
| WATER | 25.00 |  |  |
| TELEPHONE -INTERNET | 200.00 | 200.00 |  |
| FOOD & WINE | 1,000.00 |  |  |
| CLOTHING | 100.00 |  |  |
| LAUNDRY/DRY CLEAN | 50.00 |  |  |
| PERSONAL CARE | 200.00 |  |  |
| MEDICAL | 600.00 |  |  |
| CAR/COMMUTE | 145.00 |  |  |
| ENTERTAINMENT | 200.00 |  |  |
| INSURANCE | 300.00 |  |  |
| CAR INSURANCE | 138.00 |  |  |
| FAMILY COUNCELING | 2,784.00 |  |  |
| CHARITY | 100.00 |  |  |
| ADMINISTRATIVE SUPPORT | 2,000.00 |  |  |
| ACCOUNTING SERVICES | 3,332.00 |  |  |
| BANKRUPCY COUNSEL | 10,000.00 |  |  |
| TOTAL PER MONTH | 25,116.00 | 1,250.00 |  |
| 13 WEEKS BUDGET | 75,348.00 | 3,750.00 |  |
|  |  |  |  |
| TOTAL PROJECTED BUDGET: | 79,098.00 |  |  |
|  |  |  |  |
| EMERGENCY HEAT REPAIR"3" | 7,000 |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL BUDGET + EMERGENCY | 86,098 |  |  |