**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BARNET LOUIS LIBERMAN,<br><br>                              Debtor. | Chapter 11<br><br>Case No. 21–70611 (REG) |

## CERTIFICATE OF SERVICE

**Paris Gyparakis**, under penalty of perjury, hereby certifies as follows:

        1.    I am over 18 years of age, reside in New York, New York and am not a party to this proceeding.

        2.    On April 16, 2021, I served a copy of the *Debtor's Motion for Order Approving Settlement* [Doc. No. 22] and the *Debtor's Motion for Order (I) Authorizing the Debtor to Obtain Postpetition Financing; (II) Granting Security Interests and Superpriority Administrative Expense Status; (III) Modifying the Automatic Stay; and (IV) Authorizing the Debtor to Enter Into Agreements With 305-421 LLC* [Doc. No. 23], upon the parties whose names and addresses are set forth on the annexed service list by regular first-class mail, by depositing true copies of same in pre-paid, properly addressed wrappers in an official depository under the exclusive care and custody of the United States Postal Service within the state of New York.

Dated: New York, New York
       April 19, 2021

                                                                                                          Paris Gyparakis

# SERVICE LIST

305 2nd Avenue Associates LP
421 Hudson Street
New York, NY 10014

305 Second Avenue Mezz Lender LLC
230 Park Avenue
New York, NY 10169

Aaron Liberman
421 Hudson Street, Apt 805
New York, NY 10014

Across From the Green LLC
201 Three Pompeaug Office
Southbury, CT 6488

AJ Strasser
482 Greenwich Street
New York, NY 10013

Alan Gordon
420 West End Avenue, 9th Fl.
New York, NY 10024

American Express
PO Box 1270
Newark, NJ 7101

Annette Miller
330 Beacon Street
Boston, MA 2116

AREIT WH I LLC
c/o Argentic Real Estate
31 West 27th Street, 12th Fl.
New York, NY 10001

Ava Liberman
421 Hudson Street, Apt 805
New York, NY 10014

Axos Bank (BOFI Federal Bank)
435 Ola Jolia Village Dr.
San Diego, CA 92122

Balmoral Builders
421 Hudson Street, C-9
New York, NY 10014

Balwinder Singh
3217 72nd Street
East Elmhurst, NY 11370

Bank of America
PO Box 982234
El Paso, TX 79998

Berkman Henoch Peterson
Peddy & Fenchel PC
100 Garden City Plaza
Garden City, NY 11530

Bernard Liberman
101 E Read Street
Baltimore, MD 21202

Bethpage Credit Union
899 South Oyster Bay Rd.
Bethpage, NY 11714

BFN Ventures LLC
421 Hudson Street, Unit 808
New York, NY 10014

Blank Rome LLP
405 Lexington Avenue
New York, NY 10174

Blut Law Group PC
300 S Fourth Street, Suite 701
Las Vegas, NV 89101

C & A Construction
100 Mill Road
Danbury, CT 6811

C.S. Good Friend & Co.
11 Riverdale Ave
Port Chester, NY 10573

Ceritlman Balin et al.
90 Merrick Avenue East
East Meadow, NY 11554

Chad J. Carlan
30 South Pearl Street, Suite 901
Albany, NY 12207

Chamberlin Winthrop
421 Hudson Street, Apt 808
New York, NY 10014

Chaves & Perlowitz, LLP
111 John Street, Suite 3
New York, NY

Chubb Personal Risk Services
Po Box 7247-0180
Philadelphiapa19170-0180

City National Bank
555 South Flower Street, 8th Floor
Los Angeles, CA 90071

Conneticut Department of Labor
200 Folly Brook Boulevard
Wethersfield, CT 6109

Consolidated Edison, Inc.
JAF Station
P.O. Box 1702

Cozen O'Connor
277 Park Avenue
New York, NY 10172

Craig Harrington
4 Amber Farm Road
Bedford, NY 10506

D & A Services LLC of IL
1400 East Toumy Avenue, Suite G-4
Des Plaines, IL 60018

David Epstein
17221 Collins Avenue, Apt 2105
North Miami Beach, FL 33160

David Hammer
535 Dean Street
Brooklyn, NY 11217

David Mitchell
Mitchell Holdings LLC
801 Madison Avenue, Floor 4
New York, NY 10065

Dean Reilly
60 East 42nd Street, #558
New York, NY 10165

Deer Pond Capital LTD
96 Rose Lane
Darien, CT 6820
Attn: Tom Zipser

DelBello Donnellan, et al
One North Lexington Ave.
White Plains, NY 10601

Douglas Davidson
90 Riverside Drive
New York, NY 10024

Dune Alpin Farm Corp.
c/o Morley Property Mgmt.
32 Hampton Road
Southampton, NY 11968

Eaton & Peabody
80 Exchange Street
Bangor, ME 4402

Empire Construction
30 South Pearl Street, Suite 901
Albany, NY 12207

Epic W 14 LLC
15 Watts Street, 5th Floor
New York, NY 10013

Frenkel Hershkowitz et al
49 W 37th Street
New York, NY 10018

G4 18191, LLC
14 Skillman Street
Roslyn, NY 11576

GIBBONS P.C.
*Attorneys for Winthrop Chamberlin*
One Gateway Center
Newark, NJ 07102
Attn: Mark B. Conlan, Esq.

Goldring Firm
40 Fifth Avenue
New York, NY 10011
Attn: Orit Goldring, Esq.

Grant Heating & Cooling
48 Route 114
East Hampton, NY 11937

Hanan Zarfati
412 Vomel Drive
New Milford, NJ 7646

Harry Karten
250 Moonachie Road, Ste. 303
Moonachie, NJ 7074

Harry Marquis, Esq.
400 S Fourth Street, 3rd Floor
Las Vegas, NV 89101

Herrick Feinstein LLP
2 Park Avenue
New York, NY 10016

HSBC
PO Box 1461
Buffalo, NY 14240

Hudson 805 LLC
421 Hudson Street, Apt. 805
New York, NY 10014

Hunton Williams
200 Park Avenue
New York, NY 10166

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

James & Bernice Bookhamer
1526 Ocean Avenue
Sea Bright, NJ

John Estreich Estreich & Co.
7 Penn Plaza
New York, NY 10001

Joshua Goldberg
305 2nd Avenue, APt 338
New York, NY 10003

Kitchen Public Rel
317 Madison Ave # 608
New York, NY 10017

Lackawanna Warehouse Corp
365 Rife Camp Road
Woodland Park, NJ 7424

Lambert & Shackman PLLC
274 Madison Avenue
New York, NY 10016

Leah Liberman
421 Hudson Street, Apt 805
New York, NY 10014

M & T Bank
1 M&T Plaza
Buffalo, NY 14203

Marcia Toldano
40 Stevenson Drive
Great Neck, NY 11023

Mark Sanders Biological Science
1475 Gortner Ave
Saint Paul, MN 55108

Martin Pavane
70 E 77th Street
New York, NY 10075

4

McCann Fabrication
1027 Lewiston Rd
New Gloucester, ME 4260

Meadows Bank
8912 Spanish Ridge Avenue, Ste. 100
Las Vegas, NV 89148

Metro Adjusters Inc.
30-22 33rd Street
Astoria, NY 11102

Michael A. Miller
330 Beacon Street
Boston, MA 2116

Michael Lantino
c/o The Goldring Firm
40 Fifth Avenue
New York, NY 10011
Attn: Orit Goldring, Esq.

Mitchell Nelson
26 E 81st Street, Apt 2N
New York, NY 10028

Mountbatten Equities
421 Hudson Street, C-9
New York, NY 10014

MRS Associates
1930 Olney Avenue
Cherry Hill, NJ 8003

Nardy Pest Control
535 Country Road, 39A
Southampton, NY 11968

New York Business Development Corp
50 Beaver Street
Albany, NY 12207

Nordlaks
Industriveien 1
8450 Stokmarknes
NORWAY

NYC Dept of Finance
345 Adams Street, 3rd Fl.
Brooklyn, NY 11201

NYS Dept of Taxation & Finance
Bankruptcy/Special Procedures Section
P.O. Box 5300
Albany, NY 12205-0300

NYS Unemployment Insurance
Insolvency Unit
Bldg. #12 Room 256
Albany, NY 12201

NYU Physican Service
PO Box 415662
Boston, MA 2241

Office of the New York State
  Attorney General
28 Liberty Street, 17th Floor
New York, NY 10005
Attn: Leo V. Gagion, Esq.

Office of the United States Trustee
Alfonse D'Amato Federal Courthouse
560 Federal Plaza, Room 560
Central Islip, NY 11722
Attn: Christine Black, Esq.

ORB Management Ltd.
421 Hudson Street, C-9,
New York, NY 10014

Peter Malkin
One Grand Central Place
60 E 42nd Street
New York, NY 10165

Phyllis Liberman
10 Palomino Court
East Hampton, NY 11937

RCN
PO Box 11816
Newark, NJ 7101

Revenue Plus LLC
400 South Ocean Blvd.
Palm Beach, FL 33480

Robert A. Cohen
1210 Main Street
Becket, MA 01223

Robert Silman Associates
32 Old Slip, 10th Floor
New York, NY 10005

Rosenberg & Estis, P.C.
*Attorneys for 3-4 Lender LLC*
733 Third Avenue
New York, NY 10017
Attn: John Giampolo, Esq.

Rosenberg & Estis, P.C.
*Attorneys for 305-421 LLC*
733 Third Avenue
New York, NY 10017
Attn: John Giampolo, Esq.

Russell Nype
400 South Ocean Blvd.
Palm Beach, FL 33480

Sam Malamud
756 Eastern Parkway
Brooklyn, NY 11213

Seth Hirschel
4 Ambler Farm Road
Bedford, NY 10506

Sher Corwin Winters LLC
190 Carondelet Plaza, Suite 1100
Saint Louis, MO 63105

SHM Acquisitions
c/o Stefan Malter
421 Hudson Street, Apt 50
New York, NY 10014

Signature Bank
1177 Sixth Avenue, 11th Floor
New York, NY 10016

Slated IP
711 Westchester Ave., Ste. 405
West Harrison, NY 10604
Attn: James Landau McCarthy

Stefan Malter
421 Hudson Street, Apt 509
New York, NY 10014

Stefan Malter
20 Deer Knoll
Mount Kisco, NY 10549

Stella Liberman
421 Hudson Street, Apt 805
New York, NY 10014

Svetlana Kasianchuk
c/o Orb Management Ltd.
421 Hudson Street, C9
New York, NY 10014

T-Mobile
PO Box 53410
Bellevue, WA 98015

United Leasing
3700 E Morgan Ave
Evansville, IN 47715

Veneruzo Curto et al.
35 East Grassy Sprain Rd., Suite 400
Yonkers, NY 10710

Vincent Pica
c/o Safanad Inc.
505 Fifth Avenue
New York, NY 10017

Volkswagen Credit
1930 Olney Avenue
Cherry Hill, NJ 8003

Wells Fargo
c/o PHH Mortgage
PO Box 5452
Mount Laurel, NJ 8054

William J. Werns
305 Second Avenue, Apt 714
New York, NY 10003

WMW Architects
100 Clearbrook Rd
Elmsford, NY 10523

Yacov Toldano
40 Stevenson Dr.
Great Neck, NY 11023

Zoe Liberman
421 Hudson Street, Apt 805
New York, NY 10014