The Kantrow Law Group, PLLC
*Proposed Counsel to Official Committee*
6901 Jericho Turnpike, Suite 230
Syosset, New York 11791
Fred S. Kantrow, Esq.
516 703 3672

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re:                                          Chapter 11
                                                Case No.: 21-70611-reg
BARNET LOUIS LIBERMAN,

                        Debtor.
------------------------------------------------------------------x

**AFFIDAVIT OF FRED S. KANTROW IN SUPPORT OF THE APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION OF THE KANTROW LAW GROUP, PLLC, AS BANKRUPTCY COUNSEL TO THE OFFICIAL <u>COMMITTEE OF UNSECURED CREDITORS</u>**

STATE OF NEW YORK  )
                              ) ss.:
COUNTY OF NASSAU   )

      Fred S. Kantrow, being duly sworn deposes and says:

      1.      I am a member of The Kantrow Law Group, PLLC (the "<u>Firm</u>"). I am fully familiar with facts set forth herein, and make this Affidavit in support of the application of the Official Committee of Unsecured Creditors (the "Committee") of Barnet Louis Liberman, the debtor (the "Debtor"), for authority to retain the Firm as counsel to the Committee pursuant to a general retainer.

      2.      To the best of my knowledge and information, the Firm neither holds nor represents any interest adverse to the Committee, the Debtor, his creditors, or other parties-in-interest or their respective attorneys in the case.

      3.      Based upon the information available to me, I believe that the Firm is a "disinterested person" within the meaning of § 101(14) of title 11 of the United States Code (the "Bankruptcy Code") as The Kantrow Law Group, PLLC:

        a)       Is not a creditor, equity security holder or insider;

        b)       The debtor's shares are not publicly traded and no investment banker has been employed for the debtor;

        c)       Is not and its members have never been officers, directors or employees of the debtor or any investment banker; and

        d)       Does not have any interest materially adverse to the interest of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with or interest in the debtor.

4.       Other than that which has already been stated herein, the Firm does not, and will not, represent any of the members of the Committee, the Debtor, its creditors, or any other party in interest in these proceedings, other than the Committee, in matters related to this case.

5.       No agreement exists to share any compensation received by the Firm for its services with any other persons or firm. No promises have been received by the Firm or by any member or associate thereof as to compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code.

6.       The Firm is willing to be retained by the Committee as its bankruptcy counsel, on a general basis, and will bill at its normal hourly rates which include $600.00 per hour for partner's time and $325.00 per hour for associate's time. In addition, the Firm will charge for reimbursement of out-of-pocket expenses, consistent with the guidelines of the Office of the United States Trustee. The Kantrow Law Group, PLLC, shall make appropriate application to this Court for compensation and reimbursement of expenses as required by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules for the Eastern District of New York and further Orders of this Court.

7. This firm has over seventeen (17) years of legal experience in the bankruptcy field and bankruptcy presently constitutes ninety-five (95%) percent of the Firm's practice.

Sworn to before me this          */s/ Fred S. Kantrow*
30th day of April, 2021           Fred S. Kantrow

*/s/Hailey L. Kantrow*
Hailey L. Kantrow
Notary Public State of New York
Qualified in Suffolk County
No. 02KA6380737
Commission Exp. 09/10/2022