UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re:                                                                                    Chapter 11
                                                                                              Case No.: 21-70611-reg
BARNET LOUIS LIBERMAN,

                                        Debtor.
------------------------------------------------------------------x

## ORDER AUTHORIZING THE RETENTION OF
## THE KANTROW LAW GROUP, PLLC, AS BANKRUPTCY COUNSEL TO
## THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Upon the application (the "Application") of the Official Committee of Unsecured Creditors (the "Committee") of Barnet Louis Liberman, the debtor and debtor-in-possession (the "Debtor") in this chapter 11 case, for authority to retain The Kantrow Law Group, PLLC (the "Firm"), as bankruptcy counsel to the Committee, pursuant to a general dated April 30, 2021; and upon the Affidavit of Fred S. Kantrow, sworn to on April 30, 2021; and the Court being satisfied that (a) the employment of the Firm is necessary and in the best interests of the Committee, unsecured creditors and the estate; (b) that the Firm does not have to represent any interest adverse to the Committee or the estate; and (c) that the Firm is a "disinterested person" as that term is defined in section 101(4) of title 11 of the United States Bankruptcy Code (the "Bankruptcy Code"); and the Court having jurisdiction to consider the Application and the relief sought therein accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Application and the relief sought therein being a core proceeding pursuant to 28 U.S.C. § 157(b)' and venue being proper before this Court pursuant to 28 U.S.C. § 1409; and good and sufficient cause appearing for the relief sought by the Application; it is

**ORDERED** that pursuant to § 1103 (a) of the Bankruptcy Code, the Committee is hereby authorized to retain The Kantrow Law Group, PLLC, as bankruptcy counsel to the Committee, pursuant to a general retainer; and it is further

**ORDERED** that The Kantrow Law Group, PLLC, shall be compensated in accordance with the procedures set forth in §§ 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Eastern District of New York, the Guidelines for Fee and Disbursements for Professionals in Eastern District New York Bankruptcy Cases and orders issued by the Court, upon proper application and notice.

WITHOUT OBJECTION

_____
Christine H. Black, Esq.
Office of the United States Trustee
Central Islip, New York
May \_\_, 2021