UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re

                                                    Case No. 8-21-70611-reg
                                                  Chapter 11

Barnet Louis Liberman

                                                  Debtor.
--------------------------------------------------------x

## SECOND AMENDED
## APPOINTMENT OF THE OFFICIAL COMMITTEE
## OF UNSECURED CREDITORS

        Under 11 U.S.C. section 1102(a)(1), the following creditors of the above captioned debtor, being among the largest unsecured claimants and who are willing to serve, are appointed to the Official Committee of Unsecured Creditors:

1. James E. & Bernice Bookhamer
   1526 Ocean Avenue
   Sea Bright, NJ 07760
   jbookie@verizon.net

2. Jacob M. Toledano
   40 Stevenson Drive
   Great Neck, NY 11023-1824
   Medival5@verizon.net

Dated: Central Islip, New York
        May 3, 2021

                                                ***/s/ Christine H. Black***
                                                Christine H. Black
                                                Assistant United States Trustee