# EXHIBIT 13

```
 1                    CASINO COOLIDGE
 2        A.    Um.
 3        Q.    Phyllis is the mother of all
 4  five children?
 5        A.    Yes.
 6        Q.    I assumed that, I just wanted
 7  to clarify.
 8        A.    Yes.
 9        Q.    Zoe, Stella and Leah are
10  daughters, correct?
11        A.    Ava, Zoe, Stella and Leah are
12  daughters, yes.
13        Q.    Ava I would think would be a
14  female name, correct?
15        A.    Correct.
16        Q.    Okay.  So Aaron is your only
17  son?
18        A.    Right.
19        Q.    Are all five of your children
20  residents of New York State in one way or
21  the other?
22        A.    Yes.
23        Q.    Do they all live in reasonable
24  close proximity to you in Manhattan?
25        A.    Four are in Brooklyn, one is in
```



```
 1                  CASINO COOLIDGE
 2   Manhattan.
 3        Q.    Okay.  Which one is in
 4   Manhattan?
 5        A.    Ava.
 6        Q.    Is she married?
 7        A.    Yes.
 8        Q.    What's her married name?
 9        A.    Ava Liberman.
10        Q.    She retained her maiden name as
11   her married name?
12        A.    Yes.
13        Q.    Okay, good for her.
14              So that gives us a little bit
15   of a background look at the Liberman Group.
16   Are any of them working full time for the
17   Liberman Group?
18        A.    No.
19        Q.    Each has their own life and
20   jobs and employment outside of the Liberman
21   Group?
22        A.    Yes.
23        Q.    Okay.  So anyway, we've talked
24   -- turning back to Exhibit 1, we've talked
25   about category 25, we'll look at the
```