SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Blvd., Suite 1
Las Vegas, NV 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
Lenard E. Schwartzer, Esq.
bkfilings@s-mlaw.com
(Motion for *Pro Hac Vice* admission granted)

-- and --

RIVKIN RADLER LLP
926 RXR Plaza
Uniondale, New York 11556-0926
Telephone: (516) 357-3000
Facsimile: (516) 357-3333
Stuart I. Gordon, Esq.
Matthew V. Spero, Esq.
Stuart.gordon@rivkin.com
Matthew.spero@rivkin.com

*Co-Counsel to Russell Nype and
Revenue Plus LLC, Judgment Creditors*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>BARNET LOUIS LIBERMAN,<br><br>Debtor. | Case No. 8-21-70611-REG<br><br>Chapter 11<br>**SUPPLEMENTAL OPPOSITION TO DEBTOR'S MOTION FOR ORDER APPROVING SETTLEMENT AND DEBTOR'S MOTION FOR ORDER AUTHORIZING THE DEBTOR TO OBTAIN POSTPETITION FINANCING**<br><br>Date:  May 24, 2021<br>Time: 10:00 a.m. |

Russell Nype and Revenue Plus, LLC, ("Nype"), judgment creditors, by and through their co-counsel, Rivkin Radler LLP and Schwartzer & McPherson Law Firm supplement their oppositions (ECF Nos. 46 and 47) to the Debtor's Motion for Order Approving Settlement (ECF No. 22) and the Debtor's Motion for Order Authorizing Postpetition Financing (ECF No. 23) with

the following additional evidence:

At his deposition taken on May 14, 2021,[1] the Debtor testified:

a.  He has no income other than social security and unemployment. (Page 83, lines 9-15)

b.  He and his wife have not made any mortgage payment on their residence in East Hampton since "perhaps May 2020" or "Maybe December of 2019." (page 83, line 16-page 84, line 2).

c.  He doesn't know if any mortgage payments have been made on the December 2019 Mortgage to Gary M. Rosenberg (Exhibit 9 to the Opposition) encumbering Apartment 805. (page 19, lines 6-9)

d.  He couldn't recall paying interest on the 11 older unsecured promissory notes to Gary M. Rosenberg (Exhibit 8 to the Opposition). (page 15, lines 8-18)

e.  That paying the expenses of Apartment 805 or the house in East Hampton would not benefit the creditors or the estate. (Page 98, line 20-page 99, line 21)

f.  That the proposed Profit Participation Agreement will not provide any future benefit to the Debtor. (Page 102, lines 10-20)

Dated:  Las Vegas, Nevada
 May 20, 2021                                         SCHWARTZER & MCPHERSON LAW FIRM
*Co-Counsel to Russell Nype and*
*Revenue Plus LLC, Judgment Creditors*

By:   */s/ Lenard E. Schwartzer*
Lenard E. Schwartzer, Esq.
2850 South Jones Blvd., Suite 1
Las Vegas, NV 89146
Telephone:     (702) 228-7590
Facsimile:     (702) 892-0122
bkfilings@s-mlaw.com
(Motion for *Pro Hac Vice* admission granted)

--and--

---

[1] A copy of the Transcript is attached as **Exhibit 16**.

|  |  |  |
|---|---|---|
| Dated: Uniondale, New York | | |
| May 20, 2021 | | RIVKIN RADLER LLP |
| | | *Co-Counsel to Russell Nype and* |
| | | *Revenue Plus LLC, Judgment Creditors* |
| | By: | <u>*/s/ Stuart I. Gordon*</u> |
| | | Stuart I. Gordon, Esq. |
| | | Matthew V. Spero, Esq. |
| | | 926 RXR Plaza |
| | | Uniondale, New York 11556-0926 |
| | | Telephone: (516) 357-3000 |
| | | Facsimile: (516) 357-3333 |
| | | stuart.gordon@rivkin.com |
| | | matthew.spero@rivkin.com |