**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

In re:

BARNET LOUIS LIBERMAN,

                      Debtor.

Chapter 11

Case No. 21–70611 (REG)

## CERTIFICATE OF SERVICE

**Paris Gyparakis**, under penalty of perjury, hereby certifies as follows:

1. I am over 18 years of age, reside in New York, New York and am not a party to this proceeding.

2. On June 15, 2021, I served a copy of the *Debtor's Motion for Order (A) Authorizing the Debtor to Reject Nonresidential Real Property Lease for Premises Located at 421 Hudson Street; (B) Fixing a Bar Date for the Filing of a Claim Related to Such Rejection; and (C) Granting Related Relief* [Doc. No. 80], upon the parties whose names and addresses are set forth on the annexed service list by regular first-class mail, by depositing true copies of same in pre-paid, properly addressed wrappers in an official depository under the exclusive care and custody of the United States Postal Service within the state of New York.

Dated: New York, New York
       June 15, 2021

                                                                          _____
                                                                          Paris Gyparakis

## SERVICE LIST

Hudson 805 LLC
421 Hudson Street
New York, NY 10014
Attn: Officer, Managing Agent
    or General Agent

Office of the United States Trustee
Alfonse D'Amato Federal Courthouse
560 Federal Plaza, Room 560
Central Islip, NY 11722
Attn: Christine H. Black, Esq.

The Kantrow Law Group, PLLC
*Counsel to the Official Committee of*
  *Unsecured Creditors*
6901 Jericho Turnpike, Ste 230
Syosset, NY 11791
Attn: Fred S. Kantrow, Esq.

Schwartzer & McPherson Law Firm
*Co-Counsel to Russell Nype and*
  *Revenue Plus LLC*
2850 South Jones Boulevard, Ste 1
Las Vegas, NV 89146
Attn: Lenard E. Schwartzer, Esq.

Joseph J. Haspel, PLLC
*Attorneys for James & Bernice Bookhamer,*
  *Harry Karten, Takov & Marcia Toldano*
39 Casimer Rd.
Middletown, NY 10941
Attn: Joseph J. Haspel, Esq.

Ansell Grimm & Aaron, P.C.
*Attorneys for Lackawanna Warehouse*
365 Rifle Camp Road
Woodland Park, NJ 07424
Attn: Joshua S. Bauchner, Esq. &
    Anthony J. D'Artiglio, Esq.

Kirby Aisner & Curley LLP
*Attorneys for Slated IP LLC*
700 Post Road, Ste 237
Scarsdale, NY 10528
Attn: Dawn Kirby, Esq.

Ackerman LLP
*Attorneys for SMH Acquistion LLC*
1251 Avenue of the Americas, 37th Fl.
New York, NY 1020
Attn: Mark S. Lichtenstein, Esq.

Rivkin Radler LLP
*Co-Counsel to Russell Nype and*
  *Revenue Plus LLC*
926 RXR Plaza
Uniondale, NY 11556-0926
Attn: Stuart I. Gordon, Esq. &
    Matthew V. Spero, Esq.

Gallet Dreyer & Berkey, LLP
*Attorneys for Residential Committee of*
  *the Board of Directors of the*
  *Printing House Condominium*
845 Third Avenue, 5th Fl.
New York, NY 10022
Attn: Kyle G. Kunst, Esq.

Office of the New York State
  Attorney General
28 Liberty Street, 17th Fl. New
York, NY 10005
Attn: Leo V. Gagion, Esq.

Rosenberg & Estis, P.C.
*Attorneys for 305-421 LLC*
733 Third Avenue
New York, NY 10017
Attn: John Giampolo, Esq.

| | |
|---|---|
| Rosenberg & Estis, P.C. | Gibbons P.C. |
| *Attorneys for 3-4 Lender LLC* | *Attorneys for Winthrop Chamberlin* |
| 733 Third Avenue | One Gateway Center |
| New York, NY 10017 | Newark, NJ 07102 |
| Attn: John Giampolo, Esq. | Attn: Mark B. Conlan, Esq. |