UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

**In re** Barnet Louis Liberman

**Debtor**

**Case No.** 21-70611 (REG)

**Reporting Period:** 4/1/21 - 4/30/21

**Social Security #** xxx-xx-5386

(last 4 digits only)

## MONTHLY OPERATING REPORT
## (INDIVIDUAL WAGE EARNERS)

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | x | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | x | |
| Copies of bank statements | | x | |
| Disbursement Journal | MOR-2 (INDV) | x | |
| Balance Sheet | MOR-3 (INDV) | x | |
| Copies of tax returns filed during reporting period | | x | |
| Summary of Unpaid Post-petition Debts | MOR-4 (INDV) | x | |
| Status of Secured Notes, Leases, Installment Payments | MOR-5 (INDV) | x | |
| Debtor Questionnaire | MOR-6 (INDV) | x | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

Signature of Debtor _____    Date 6/17/2021

Signature of Joint Debtor _____    Date _____

| In re Barnet Louis Liberman | Case No. 21-70611 (REG) |
|---|---|
| **Debtor** | **Reporting Period:** 4/1/21 - 4/30/21 |

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

(This Form must be submitted for each bank account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement.  The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed.  Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount.   A bank reconciliation must be attached for each account.  [See  MOR-1 (CON'T)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | $         847.32 | $         847.32 |
| **RECEIPTS** | | |
| Wages (Net) | | |
| **Interest and Dividend Income** | $             0.05 | $             0.05 |
| Alimony and Child Support | | |
| Social Security and Pension Income | $       1,965.00 | $       1,965.00 |
| Sale of Assets | | |
| Other Income *(attach schedule)* | $       5,420.00 | $       5,420.00 |
| **Total Receipts** | **$       7,385.05** | **$       7,385.05** |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | |
| Rental Payment(s) | | |
| **Other Secured Note Payments** | | |
| Utilities | $       1,640.00 | $       1,640.00 |
| Insurance | $       1,202.40 | $       1,202.40 |
| Auto Expense | $           25.00 | $           25.00 |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | | |
| Medical Expenses | $         100.00 | $         100.00 |
| Food, Clothing, Hygiene | $       1,000.00 | $       1,000.00 |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other *(attach schedule)* | | |
| Travel and Entertainment | $         250.00 | $         250.00 |
| Gifts | | |
| Other *(attach schedule)* | | |
| **Total Ordinary Disbursements** | **$       4,009.40** | **$       4,009.40** |

In re Barnet Louis Liberman
Debtor

Case No. 21-70611 (REG)
Reporting Period: 4/1/21 - 4/30/21

| REORGANIZATION ITEMS: | | |
|---|---|---|
| Professional Fees | | |
| U. S. Trustee Fees | | |
| Other Reorganization Expenses *(attach schedule)* | | |
| Total Reorganization Items | | |
| Total Disbursements *(Ordinary + Reorganization)* | $ 4,009.40 | $ 4,009.40 |
| Net Cash Flow *(Total Receipts - Total Disbursements)* | $ 3,375.65 | $ 3,375.65 |
| Cash - End of Month *(Must equal reconciled bank statement)* | $ 1,099.71 | $ 1,099.71 |

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
### (continuation sheet)

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Other Income | | |
| Stimulus Payment | $ 1,400.00 | $ 1,400.00 |
| Unemployment | $ 4,020.00 | $ 4,020.00 |
| | | |
| Other Taxes | | |
| | | |
| | | |
| | | |
| Other Ordinary Disbursements | | |
| | | |
| | | |
| | | |
| Other Reorganization Expenses | | |
| | | |
| | | |
| | | |

### THE FOLLOWING SECTION MUST BE COMPLETED
**DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:  (FROM CURRENT MONTH  ACTUAL COLUMN)**

| TOTAL DISBURSEMENTS | $ 4,009.40 |
|---|---|
| LESS:  TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | |
| PLUS:  ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | $ 4,009.40 |

In re Barnet Louis Liberman    Case No. 21-70611 (REG)
_____
    **Debtor**    Reporting Period: 4/1/21 - 4/30/21

# BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.

(Bank account numbers may be redacted to last four numbers.)

| | DIP Account<br># 5901 | TD Bank<br>#4052 | Key Bank<br># 9290 | |
|---|---|---|---|---|
| **BALANCE PER BOOKS** | $    1,099.71 | $    6,042.93 | $    522.31 | |
| | | | | |
| BANK BALANCE | $    1,099.71 | $    6,042.93 | $    522.31 | |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | | | | |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)* : | | | | |
| OTHER *(ATTACH EXPLANATION)* | | | | |
| | | | | |
| **ADJUSTED BANK BALANCE \*** | $    1,099.71 | $    6,042.93 | $    522.31 | |

*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Amount | Date | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ck. # | Amount |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**OTHER**

_____
_____
_____
_____
_____

**In re** Barnet Louis Liberman

**Case No.** 21-70611 (REG)

**Debtor**

**Reporting Period:** 4/1/21 - 4/30/21

## DISBURSEMENT JOURNAL

### CASH DISBURSEMENTS

| Date | Payee | Purpose | Amount |
|------|-------|---------|--------|
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
| Total Cash Disbursements | | | |

### BANK ACCOUNT DISBURSEMENTS

| Date | Payee | Purpose | Amount | Check # |
|------|-------|---------|--------|---------|
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
| Total Bank Account Disbursements | | | | |

| Total Disbursements for the Month | |
|-----------------------------------|--|

In re Barnet Louis Liberman

**Debtor**

Case No. 21-70611 (REG)

Reporting Period: 4/1/21 - 4/30/21

**BALANCE SHEET**

The Balance Sheet is to be completed on an accrual basis only.  Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| *SCHEDULE A REAL PROPERTY* | | |
| Primary Residence | $ 400,000.00 | $ 400,000.00 |
| | | |
| | | |
| | | |
| Other Property *(attach schedule)* | | |
| *TOTAL REAL PROPERTY ASSETS* | $ 400,000.00 | $ 400,000.00 |
| *SCHEDULE B PERSONAL PROPERTY* | | |
| Cash on Hand | $ 800.00 | $ 400.00 |
| Bank Accounts | $ 7,664.95 | $ 9,932.00 |
| Security Deposits | | |
| Household Goods & Furnishings | $ 2,500.00 | $ 2,500.00 |
| Books, Pictures, Art | | |
| Wearing Apparel | $ 500.00 | $ 500.00 |
| Furs and Jewelry | $ 200.00 | $ 200.00 |
| Firearms & Sports Equipment | | |
| Insurance Policies | | |
| Annuities | | |
| Education IRAs | | |
| Retirement & Profit Sharing | | |
| Stocks | | |
| Partnerships & Joint Ventures | $ 447,832.00 | $ 447,832.00 |
| Government & Corporate Bonds | | |
| Accounts Receivable | | |
| Alimony, maintenance, support or property settlements | | |
| Other Liquidated Debts | | |
| Equitable Interests in Schedule A property | | |
| Contingent Interests | | |
| Other Claims | $ 5,000,000.00 | $ 5,000,000.00 |
| Patents & Copyrights | | |
| Licenses & Franchises | | |
| Customer Lists | | |
| Autos, Trucks & Other Vehicles | $ 5,000.00 | $ 5,000.00 |
| Boats & Motors | | |
| Aircraft | | |
| Office Equipment | $ 1,500.00 | $ 1,500.00 |
| Machinery, supplies, equipment used for business | | |
| Inventory | | |
| Animals | | |
| Crops | | |
| Farming Equipment | | |
| Farm Supplies | | |
| Other Personal Property *(attach schedule)* | | |
| *TOTAL PERSONAL PROPERTY* | $ 5,465,996.95 | $ 5,467,864.00 |
| *TOTAL ASSETS* | $ 5,865,996.95 | $ 5,867,864.00 |

**In re** Barnet Louis Liberman

**Debtor**

**Case No.** 21-70611 (REG)

**Reporting Period:** 4/1/21 - 4/30/21

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | |
| Federal Income Taxes (not deducted from wages) | | |
| FICA/Medicare (not deducted from wages) | | |
| State Taxes (not deducted from wages) | | |
| Real Estate Taxes | | |
| Other Taxes *(attach schedule)* | | |
| *TOTAL TAXES* | | |
| Professional Fees | | |
| Other Post-petition Liabilities *(list creditors)* | | |
| | | |
| | | |
| | | |
| | | |
| *TOTAL POST-PETITION LIABILITIES* | | |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | |
| Secured Debt | $ 25,650,239.00 | $ 25,650,239.00 |
| Priority Debt | | |
| Unsecured Debt | $ 97,796,546.09 | $ 97,796,546.09 |
| *TOTAL PRE-PETITION LIABILITIES* | $ 123,220,516.95 | $ 123,220,516.95 |
| *TOTAL LIABILITIES* | $ 123,446,785.23 | $ 123,446,785.23 |

In re Barnet Louis Liberman          Case No. 21-70611 (REG)

      **Debtor**          Reporting Period: 4/1/21 - 4/30/21

## SUMMARY OF UNPAID POST-PETITION DEBTS

**Number of Days Past Due**

|  | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
|---|---|---|---|---|---|---|
| Mortgage |  |  |  |  |  |  |
| Rent |  |  |  |  |  |  |
| Secured Debt/Adequate Protection Payments |  |  |  |  |  |  |
| Professional Fees |  |  |  |  |  |  |
| Other Post-Petition debt *(list creditor)* |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| **Total Post-petition Debts** |  |  |  |  |  |  |

**Explain how and when the Debtor intends to pay any past due post-petition debts.**

_____

_____

_____

_____

_____

**In re** Barnet Louis Liberman

**Debtor**

**Case No.** 21-70611 (REG)

**Reporting Period:** 4/1/21 - 4/30/21

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE
## AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL PAYMENTS |  |  |  |

## INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**In re** Barnet Louis Liberman

**Debtor**

**Case No.** 21-70611 (REG)

**Reporting Period:** 4/1/21 - 4/30/21

## DEBTOR QUESTIONNAIRE

| Must be completed each month.  If the answer to any of the questions is "Yes", provide a detailed explanation of each item.  Attach additional sheets if necessary. | Yes | No |
|---|---|---|
| 1 Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | x | |
| 2 Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | x |
| 3 Are property insurance, automobile insurance, or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | x |
| 4 Is the Debtor delinquent in paying any insurance premium payment? | | x |
| 5 Have any payments been made on pre-petition liabilities this reporting period? | | x |
| 6 Are any post petition State or Federal income taxes past due? | | x |
| 7 Are any post petition real estate taxes past due? | | x |
| 8 Are any other post petition taxes past due? | | x |
| 9 Have any pre-petition taxes been paid during this reporting period? | | x |
| 10 Are any amounts owed to post petition creditors delinquent? | | x |
| 11 Have any post petition loans been been received by the Debtor from any party? | | x |
| 12 Is the Debtor delinquent in paying any U.S. Trustee fees? | | x |
| 13 Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | x |

# Wells Fargo Everyday Checking

April 30, 2021 ■ Page 1 of 3



BARNET LOUIS LIBERMAN
DEBTOR IN POSSESSION
CH 11 CASE  #21-70611(ENY)
10 PALOMINO CT
EAST HAMPTON NY 11937-2801

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
**1-800-TO-WELLS**  (1-800-869-3557)

*En español:*  1-877-727-2932

*Online:*  wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (348)
P.O. Box 6995
Portland, OR  97228-6995

---

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our
company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these
convenient services with your account(s). Go to
wellsfargo.com or call the number above if you have
questions or if you would like to add new services.*

| Service | | Service | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ✓ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ✓ | Debit Card | ✓ |
| My Spending Report | ✓ | Overdraft Service | ☐ |

 IMPORTANT ACCOUNT INFORMATION

The following dedicated text telephone/telecommunication device for the deaf (TTY/TDD) lines are being retired on March 5, 2021:
800-877-4833, 800-419-2265 and 800-600-4833. We accept relay-assisted calls, including calls from the 711 service, when customers call
any Wells Fargo customer service toll-free phone number. Wells Fargo will continue to provide excellent service to our deaf or hard of
hearing customers and customers with speech disorders.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 4/19 | $0.00 |
| Deposits/Additions | 1,129.71 |
| Withdrawals/Subtractions | - 30.00 |
| **Ending balance on 4/30** | **$1,099.71** |

Account number:  ███901
**BARNET LOUIS LIBERMAN**
**DEBTOR IN POSSESSION**
**CH 11 CASE  #21-70611(ENY)**
*New York account terms and conditions apply*
For Direct Deposit use
Routing Number (RTN):  026012881

April 30, 2021 ■ Page 2 of 3



**Overdraft Protection**
This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|------|------|------|------|------|
| 4/19 | | Deposit Made In A Branch/Store | 25.00 | | 25.00 |
| 4/22 | | WT Fed#00553 Jpmorgan Chase Ban /Org=Barnet L Liberman OR Svetllana Srf# 3426191111Es Trn#210422012187 Rfb# Dcd of 21/04/21 | 2.77 | | |
| 4/22 | | Wire Trans Svc Charge - Sequence: 210422012187 Srf# 3426191111Es Trn#210422012187 Rfb# Dcd of 21/04/21 | | 15.00 | 12.77 |
| 4/23 | | WT Fed#00352 Signature Bank /Org=Barnet Liberman Srf# 0085 Trn#210423039488 Rfb# | 297.94 | | |
| 4/23 | | Wire Trans Svc Charge - Sequence: 210423039488 Srf# 0085 Trn#210423039488 Rfb# | | 15.00 | 295.71 |
| 4/28 | | Nys Dol Ui DD Ui DD 210427 C508D6673 11 B L Liberman | 300.00 | | |
| 4/28 | | Nys Dol Ui DD Ui DD 210427 C508D6673 11 B L Liberman | 504.00 | | 1,099.71 |
| **Ending balance on 4/30** | | | | | **1,099.71** |
| **Totals** | | | **$1,129.71** | **$30.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 04/19/2021 - 04/30/2021 | Standard monthly service fee $10.00 | You paid $0.00 |
|------|------|------|

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee. Your fee waiver is about to expire. You will need to meet one of the requirements to avoid the monthly service fee.

| How to avoid the monthly service fee | Minimum required | This fee period |
|------|------|------|
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $500.00 | $12.77 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $804.00 ☑ |
| · Age of primary account owner | 17 - 24 | ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |
| RC/RC | | |



# IMPORTANT ACCOUNT INFORMATION

**Can we reach you when it's really important?**

Don't miss suspicious-activity alerts and critical account information. Please make sure your contact information is current by:
- Signing on to wellsfargo.com or the Wells Fargo Mobile® app and navigating to the Update Contact Information page via My Profile
- Contacting the phone number at the top of your statement
- Visiting a branch

April 30, 2021  ▪  Page 3 of 3



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** Enter the ending balance on this statement.                    $ _____

**B** List outstanding deposits and other credits to your account that do not appear on this statement. Enter the total in the column to the right.

| Description | Amount |
|-------------|--------|
|             |        |
|             |        |
|             |        |
|             |        |
| **Total**   | $      |

+ $ _____

**C** Add **A** and **B** to calculate the subtotal.       = $ _____

**D** List outstanding checks, withdrawals, and other debits to your account that do not appear on this statement. Enter the total in the column to the right.

| Number/Description | Amount |
|--------------------|--------|
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
| **Total**          | $      |

- $ _____

**E** Subtract **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.                    = $ _____

## General statement policies for Wells Fargo Bank

▪ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

▪ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801                    Member FDIC.



**Bank**

America's Most Convenient Bank®          7          STATEMENT OF ACCOUNT

BARNET L LIBERMAN
303 2ND AVE BOX 23
NEW YORK NY 10003

Page:                    1 of 2
Statement Period:        Mar 06 2021-Apr 05 2021
Cust Ref #:              ████████624-7-###
Primary Account #:       ██████████4052

**We have revised your Account Agreement to provide the clarification below on how overdraft and returned item fees may be assessed**

In the event that there are insufficient funds in your account to pay an item, we may return it unpaid. Third parties sometimes re-submit items that we return unpaid; each resubmission constitutes a separate item.

If any transaction is submitted for payment again after having previously been returned unpaid by us, an overdraft fee or return item fee may be assessed each time the transaction is submitted for payment and your available balance is insufficient to pay the item.

## TD 60 Plus Checking

BARNET L LIBERMAN

Account #████████4052

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 4,077.88 | Average Collected Balance | 5,345.62 |
| Electronic Deposits | 1,965.00 | Interest Earned This Period | 0.05 |
| Other Credits | 0.05 | Interest Paid Year-to-Date | 0.15 |
| | | Annual Percentage Yield Earned | 0.01% |
| Ending Balance | 6,042.93 | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/17 | ACH DEPOSIT, SSA TREAS 310 XXSOC SEC ****65386A SSA | 1,965.00 |
| | Subtotal: | 1,965.00 |

**Other Credits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/05 | INTEREST PAID | 0.05 |
| | Subtotal: | 0.05 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 03/05 | 4,077.88 | 04/05 | 6,042.93 |
| 03/17 | 6,042.88 | | |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 🏠


**Bank**
America's Most Convenient Bank®

7    STATEMENT OF ACCOUNT



BARNET L LIBERMAN
303 2ND AVE BOX 23
NEW YORK NY  10003

| Page: | 1 of 2 |
|---|---|
| Statement Period: | Apr 06 2021-May 05 2021 |
| Cust Ref #: | ▮▮▮▮624-7-### |
| Primary Account #: | ▮▮▮4052 |

## TD 60 Plus Checking

BARNET L LIBERMAN                                            Account # ▮▮▮4052

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 6,042.93 | Average Collected Balance | 7,275.82 |
| Electronic Deposits | 3,365.00 | Interest Earned This Period | 0.06 |
| Other Credits | 0.06 | Interest Paid Year-to-Date | 0.21 |
| | | Annual Percentage Yield Earned | 0.01% |
| Electronic Payments | 1,140.97 | Days in Period | 30 |
| Ending Balance | 8,267.02 | | |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/07 | ACH DEPOSIT, IRS  TREAS 310  TAXEIP3 ****65386200918 | 1,400.00 |
| 04/21 | ACH DEPOSIT, SSA  TREAS 310 XXSOC SEC ****65386A  SSA | 1,965.00 |
| | Subtotal: | 3,365.00 |

**Other Credits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/05 | INTEREST PAID | 0.06 |
| | Subtotal: | 0.06 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/07 | ACH DEBIT, CON ED OF NY INTELL CK ****07225040000 | 304.87 |
| 04/07 | ACH DEBIT, CON ED OF NY INTELL CK ****07225060024 | 836.10 |
| | Subtotal: | 1,140.97 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 04/05 | 6,042.93 | 04/21 | 8,266.96 |
| 04/07 | 6,301.96 | 05/05 | 8,267.02 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

## April 2021

| Card Number | ************9290 |
| Name: | BARNET LIBERMAN |
| Address: | 421 HUDSON ST APT 805 |
| | NEW YORK |
| | NY 10014 |
| | USA |

*Key Bank*

**Paper Transaction History Period:  04/01/2021 - 04/30/2021**

**Beginning Account Balance as of 04/01/2021: $522.31**

### Funding Transactions

| Date | Description | Card No | Amount |
|------|-------------|---------|--------|
| 04/21/2021 | ADD FUNDS - ACH FED NYS DOL UI DC UI DC | 9290 | $300.00 |
| 04/21/2021 | ADD FUNDS - ACH FED NYS DOL UI DC UI DC | 9290 | $504.00 |
| 04/14/2021 | ADD FUNDS - ACH FED NYS DOL UI DC UI DC | 9290 | $300.00 |
| 04/14/2021 | ADD FUNDS - ACH FED NYS DOL UI DC UI DC | 9290 | $504.00 |
| 04/07/2021 | ADD FUNDS - ACH FED NYS DOL UI DC UI DC | 9290 | $300.00 |
| 04/07/2021 | ADD FUNDS - ACH FED NYS DOL UI DC UI DC | 9290 | $504.00 |
| 04/01/2021 | ADD FUNDS - ACH FED NYS DOL UI DC UI DC | 9290 | $300.00 |
| 04/01/2021 | ADD FUNDS - ACH FED NYS DOL UI DC UI DC | 9290 | $504.00 |

*+3216*

### Card Transactions

| Date | Description | Card No | Amount |
|------|-------------|---------|--------|
| 04/28/2021 | MC PURCHASE Prime Video*LD05U7JX3 888-802-3080,WA 55432861 | 9290 | -$5.99 |
| 04/22/2021 | MC CASH ADVANCE CHASE HUDSONST NEW YORK ,NY 55432861 | 9290 | -$1,000.00 |
| 04/19/2021 | MC PURCHASE E-Z*PASSNY REBILL 800-333-8655,NY 55432861 | 9290 | -$25.00 * |
| 04/17/2021 | MC CASH ADVANCE CHASE HUDSONST NEW YORK ,NY 55432861 | 9290 | -$1,500.00 |
| 04/12/2021 | MC PURCHASE Amazon Prime*9V3LN7743 Amzn.com/bil,WA 55432861 | 9290 | -$14.14 * |
| 04/08/2021 | MC PURCHASE Prime Video*7U6J87PV3 888-802-3080,WA 55432861 | 9290 | -$4.99 |
| 04/06/2021 | MC CASH ADVANCE CHASE HUDSONST NEW YORK ,NY 55432861 | 9290 | -$1,000.00 |
| 04/05/2021 | MC PURCHASE CURB SVC WOODSIDE WOODSIDE ,NY 55500361 | 9290 | -$11.00 |

*uti l*

*cev*

*uti l*

*Ph*

6/14/2021

Paper Transaction Histories

| Date | Description | | Amount |
|---|---|---|---|
| 04/04/2021 | PURCHASE<br>GOOGLE *GOOGLE S MOUNTAIN VIEWCA<br>64923881 | 9290 | -$1.99 |
| 04/03/2021 | MC PURCHASE<br>NYU PHYSICIAN SERVICES NEW YORK ,NY<br>55432861 | 9290 | -$50.00 |
| 04/02/2021 | MC PURCHASE<br>LIBBY BUSCEMI MD PC NEW YORK ,NY<br>85456671 | 9290 | -$50.00 |

*Med* *Med*

**Total Fees for This Period:**          **$0.00**
**Total Fees Year-to-Date:**          **$0.00**
**Account Balance as of 04/30/2021:**          **$75.20**

Account balance represents the amount available in the transaction account; therefore, if multiple cards are linked to one transaction account, the dollar amount will reflect the balance for all linked cards.
Refer to the Fee Disclosure for potential fees associated with requesting a paper transaction history.

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-866-295-2955 or Write us at Bankcard Services, Attention: PPD Disputes, PO Box 7237, Sioux Falls, South Dakota, 57117-7237 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. You must report a suspected error no later than the earliest of (a) sixty (60) days after the date you electronically accessed your Card Transaction history on which the error appeared, (b) sixty (60) days after the date we sent you the FIRST written transaction history on which the error appeared, or (c) one hundred and twenty (120) days after the alleged erroneous transaction was made on your Card.

   (1) Tell us your name and account number (if any).
   (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
   (3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

<u>Contact Us</u>  |  <u>Terms & Conditions</u>  |  <u>FAQ</u>  |  <u>Privacy Statement</u>  |  <u>Fee Disclosure</u>

Copyright © 2014 FIS and/or its subsidiaries. All Rights Reserved.