**ROSEN & ASSOCIATES, P.C.**
*Proposed Counsel to the Debtor
  and Debtor-in-Possession*
747 Third Avenue
New York, NY 10017-2803
(212) 223-1100
Sanford P. Rosen
Paris Gyparakis

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BARNET LOUIS LIBERMAN,<br><br>　　　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 21–70611 (REG) |

### DEBTOR'S RESPONSE TO MOTION
### TO CONVERT CHAPTER 11 CASE TO CHAPTER 7

Barnet Louis Liberman, the above-referenced debtor and debtor-in-possession, by and through his proposed counsel, Rosen & Associates, P.C., interposes no objection to the *Motion to Convert Chapter 11 Case to Chapter 7* [Doc. No. 7], filed by Russell Nype and Revenue Plus, LLC, and consents to such relief.

Dated: New York, New York
　　　　June 22, 2021

　　　　　　　　　　　　　　　　　　　　　　**ROSEN & ASSOCIATES, P.C.**
　　　　　　　　　　　　　　　　　　　　　　*Proposed Counsel to the Debtor
　　　　　　　　　　　　　　　　　　　　　　  and Debtor-in-Possession*

　　　　　　　　　　　　　　　　　　　　　　By:　/s/ *Sanford P. Rosen*　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　　　Sanford P. Rosen

　　　　　　　　　　　　　　　　　　　　　　747 Third Avenue
　　　　　　　　　　　　　　　　　　　　　　New York, NY 10017-2803
　　　　　　　　　　　　　　　　　　　　　　(212) 223-1100