MORITT HOCK & HAMROFF LLP
400 Garden City Plaza
Garden City, New York  11530
(516) 873-2000

*Attorneys for Signature Bank*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------x

In re:

Barnet Louis Liberman,

                                  Debtor.

---------------------------------------------------------------------------x

Chapter 7

Case No. 8-21-70611-reg

AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                  ) ss.:
COUNTY OF NASSAU      )

      Victoria Jankowski, being duly sworn, deposes and says:  I am not a party to the action, am over 18 years of age and reside in Bellerose, New York.  On the 29th day of June, 2021, I served a true copy of the within Notice of Appearance and Demand for Service of Papers and Electronic Filing Receipt via electronic mail to the email addresses listed below: first class mail, in a sealed envelope, with postage prepaid thereon, in an official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s):

Allison J Arotsky on behalf of Creditor Signature Bank
aarotsky@moritthock.com

Joshua S Bauchner on behalf of Creditor Lackawanna Warehouse Corporation of New Jersey II
jb@ansellgrimm.com, ajd@ansellgrimm.com; carols@ansellgrimm.com

Christine H Black
christine.h.black@usdoj.gov,

Erin.Hogan@usdoj.gov, Sharon.Warner@usdoj.gov, Rhonda.J.Zdanowicz@usdoj.gov,
Ercelia.Mendoza@usdoj.gov, USTP.LI.ECF@usdoj.gov

Mark Conlan on behalf of Creditor Winthrop Chamberlin
mconlan@gibbonslaw.com

Anthony J D'Artiglio on behalf of Creditor Lackawanna Warehouse Corporation of New Jersey II
ajd@ansellgrimm.com, carols@ansellgrimm.com

Leo V. Gagion on behalf of Creditor New York State Department of Taxation and Finance
Leo.Gagion@ag.ny.gov, Enid.Stuart@ag.ny.gov

1852429v1

John D Giampolo on behalf of Creditor 3-4 Lender LLC
jgiampolo@wmd-law.com

John D Giampolo on behalf of Creditor 305-421 LLC
jgiampolo@wmd-law.com

Stuart I Gordon on behalf of Creditor Revenue Plus LLC
stuart.gordon@rivkin.com

Stuart I Gordon on behalf of Creditor Russell Nype
stuart.gordon@rivkin.com

Paris Gyparakis on behalf of Debtor Barnet Louis Liberman
pgyparakis@rosenpc.com, gyparakispr81087@notify.bestcase.com

Joseph J Haspel on behalf of Creditor Bernice Bookhamer
jhaspel@haspellaw.net, leslie@haspellaw.net

/s/ Victoria Jankowski
Victoria Jankowski

Sworn to before me this
29th day of June 2021

/s/ Kristin L. Angermann
Kristin L. Angermann
Notary Public, State of New York
NO. 01AN6123193
Qualified in Nassau County
Commission Expires 02/28/2025

1852429v1