**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

In re:

BARNET LOUIS LIBERMAN,

                      Debtor.

Chapter 7

Case No. 21–70611 (REG)

### CERTIFICATE OF SERVICE

**Paris Gyparakis**, under penalty of perjury, hereby certifies as follows:

1. I am over 18 years of age, reside in New York, New York and am not a party to this proceeding.

2. On June 30, 2021, I served: (i) a copy of the debtor's *Amended Schedule E/F: Creditors Who Have Unsecured Claims* and *Statement of Financial Affairs,* together with the accompanying *Affidavit Pursuant to Local Rule 1009-1(a)* [Doc. No. 106], upon the parties whose names and addresses are set forth on the service list annexed hereto as *Service List 1*; and (ii) a copy of the *Notice of Chapter 11 Bankruptcy Case* [Doc. No. 10] upon the parties whose names and addresses are set forth on the service list annexed hereto as *Service List 2*, by regular first-class mail, by depositing true copies of same in pre-paid, properly addressed wrappers in an official depository under the exclusive care and custody of the United States Postal Service within the state of New York.

Dated: New York, New York
       July 1, 2021

                                                Paris Gyparakis

## SERVICE LIST 1

Office of the United States Trustee
Alfonse D'Amato Federal Courthouse
560 Federal Plaza, Room 560
Central Islip, NY 11722
Attn: Christine H. Black, Esq.

305 Second Avenue Mezz Lender LLC
*c/o Pennybacker Capital*
10 Grand Central
155 E 44 Street
New York, NY 10017

AJ Strasser
*c/o Cooper Creek Partners*
501 Madison Avenue, Ste 1201
New York, NY 10022

Akerman LLP
P.O. Box 4906
Orlando, FL 32802

Barnet Liberman
300 West End Avenue
New York, NY 10023

C.S. Good Friend & Co.
1501 Broadway
Suite 502
New York, NY 10036

Chubb Personal Risk Services
P.O. Box 7247-0180
Philadelphia, PA 19170-0180

Craig Harrington
4 Ambler Farm Road
Bedford, NY 10506

David Epstein
6029 Old Ocean Blvd
Ocean Ridge, FL 33435

Michael Lantino
*c/o The Goldring Firm*
40 Fifth Avenue
New York, NY 10011
Attn: Orit Goldring, Esq.

Nordlaks
Industriveien 1
8450 Stokmarknes
NORWAY

Northcap Commercial LLC
400 S Rampart Blvd
Las Vegas, NV 89145

Revenue Plus LLC
400 South Ocean Blvd.
Palm Beach, FL 33480

Robert A. Cohen
1210 Main Street
P.O. Box 323
Becket, MA 1223

Russell Nype
525 So. Flager Drive, Ste 15D
West Palm Beach, FL 33401

Sherman Atlas Sylvester & Stamelman LLP
1185 Ave of the Americas
New York, NY 10036

Svetlana Kasianchuk
3110 Brighton 3rd, Apt 4E
Brooklyn, NY 11235

William J. Werns
305 Second Avenue, Apt 714
New York, NY 10003

Veneruzo Curto *et al.*
35 E Grassy Sprain Rd., Ste 400
Yonkers, NY 10710

| | |
|---|---|
| Goldring Firm | Blank Rome LLP |
| 40 Fifth Avenue | 1271 Ave of the Americas |
| New York, NY 10011 | New York, NY 10020 |
| Attn: Orit Goldring, Esq. | Attn: Thomas H. Belknap, Esq. |

## SERVICE LIST 2

Akerman LLP
P.O. Box 4906
Orlando, FL 32802

Chubb Personal Risk Services
P.O. Box 7247-0180
Philadelphia, PA 19170-0180

Robert A. Cohen
1210 Main Street
P.O. Box 323
Becket, MA 1223

Northcap Commercial LLC
400 S Rampart Blvd
Las Vegas, NV 89145