**ROSEN & ASSOCIATES, P.C.**
*Counsel to the Debtor*
747 Third Avenue
New York, NY 10017-2803
(212) 223-1100
Sanford P. Rosen
Paris Gyparakis

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BARNET LOUIS LIBERMAN,<br><br>Debtor. | Chapter 7<br><br>Case No. 21–70611 (REG) |

**NOTICE OF ADJOURNMENT**

**PLEASE TAKE NOTICE** that the meeting of creditors pursuant to 11 U.S.C. § 341 in the above-referenced matter, has been adjourned to **August 18, 2021 at 10:00 a.m. (prevailing Eastern Time).** Please refer to the *Notice of Rescheduled Telephonic 341 Meeting with Instructions* [Doc. No. 109] for instructions on how to participate.

Dated: New York, New York
        July 20, 2021

                                                    **ROSEN & ASSOCIATES, P.C.**
                                                    *Counsel to the Debtor*

                                                    By:  /s/ *Sanford P. Rosen*
                                                            Sanford P. Rosen

                                                    747 Third Avenue
                                                    New York, NY 10017-2803
                                                    (212) 223-1100