| Information to identify the case: | | |
|---|---|---|
| Debtor | Barnet Louis Liberman | EIN: _ _ – _ _ _ _ _ _ _ |
| | Name | |
| United States Bankruptcy Court   Eastern District of New York | | Date case filed in chapter:   11   4/1/21 |
| Case number:   8–21–70611–reg | | Date case converted to chapter:   7   6/28/21 |

# NOTICE TO PARTIES IN INTEREST

**NOTICE IS HEREBY GIVEN THAT:**

Pursuant to the Federal Rules of Bankruptcy Procedure 3004, proof of claim # 42 in the amount of $ 57,401.86 has been filed by the Debtor on behalf of Barnet Linerman .

Dated: September 30, 2021

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLpartintclm.jsp** [Notice to Parties In Interest rev. 02/01/17]