# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−8 | User: admin | Date Created: 9/30/2021 |
| Case: 8−21−70611−reg | Form ID: 293 | Total: 9 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | USTPRegion02.LI.ECF@usdoj.gov |
| tr  | Marc A. Pergament | mpergament@wgplaw.com |
| aty | Marc A. Pergament | mpergament@wgplaw.com |
| aty | Paris Gyparakis | pgyparakis@rosenpc.com |
| aty | Sanford P Rosen | srosen@rosenpc.com |

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Barnet Louis Liberman | 10 Palomino Court | East Hampton, NY 11937 |
| 9986698 | Barnet Liberman | 300 West End Avenue | New York NY 10023 |
| 9955859 | Barnet Liberman | 300 West End Avenue | New York, NY 10023 |
| 9992134 | Barnet Liberman | 300 West End Avenue | New York, NY 10023 |

TOTAL: 4