AFFIDAVIT OF SERVICE BY CERTIFIED MAIL
<u>RETURN RECEIPT REQUESTED AND FIRST CLASS MAIL</u>

RE:  Barnet Louis Liberman
     Case No. 821-70611-A736

STATE OF NEW YORK  )
                   )  ss.:
COUNTY OF NASSAU   )

Jacqueline Sullivan, being duly sworn, deposes and says:

That I am not a party to this action, am over the age of 18 years, and reside in Massapequa Park, New York.

That on the 14th day of January, 2022, I served the within ***SUBPOENA FOR RULE 2004 EXAMINATION, ORDER*** and ***SCHEDULE A*** upon Stella Liberman at the following respective address by depositing a true copy of the same enclosed in a post-paid, properly addressed envelope marked certified mail, return receipt requested and first class mail in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

Ms. Stella Liberman
159 Eastern Parkway, Apt. 6B
Brooklyn, NY  11238
Article No. 7013 1710 0001 9384 5228

_____
Jacqueline Sullivan

Sworn to before me this
14th day of January, 2022.

_____
NOTARY PUBLIC

Frances Alberti
Notary Public, State of New York
Registration #01AL6106703
Qualified in Nassau County
Commission Expires March 15, 20___

# AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL

RE:  Barnet Louis Liberman
     Case No. 821-70611-A736

STATE OF NEW YORK  )
                   )  ss.:
COUNTY OF NASSAU   )

Jacqueline Sullivan, being duly sworn, deposes and says:

That I am not a party to this action, am over the age of 18 years, and reside in Massapequa Park, New York.

That on the 14th day of January, 2022, I served the within ***SUBPOENA FOR RULE 2004 EXAMINATION, ORDER*** and ***SCHEDULE A*** the Debtor and Debtor's counsel at their following respect addresses by depositing a true copy of the same enclosed in a post-paid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

Barnet Louis Liberman
10 Palomino Court
Eat Hampton, NY  11937

Rosen & Associates, P.C.
Attorneys for Debtor
747 Third Avenue, 20th Floor
New York, NY  10007
Attn:  Sanford P. Rosen, Esq.

*Jacqueline Sullivan*
Jacqueline Sullivan

Sworn to before me this
14th day of January, 2022.

*Frances Alberti*
NOTARY PUBLIC

Frances Alberti
Notary Public, State of New York
Registration #01AL6106703
Qualified in Nassau County
Commission Expires March 15, 20 24