**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

In re:

BARNET LOUIS LIBERMAN,

                      Debtor.

Chapter 7

Case No. 21–70611 (REG)

**RELATED DOC. NO. 196**

## AFFIDAVIT OF SERVICE

**STATE OF NEW YORK**      )
                                       ) **ss:**
**COUNTY OF NEW YORK**    )

       I, Reyko E. Delpino, being duly sworn, depose and say:

       1.       I am not a party to the action and am over 18 years of age.

       2.       A true and correct copy of *Stefan Malter's Objection to Chapter 7 Trustee's Motion for an Order Compelling Compliance by Witnesses with this Court's Rule 2004 Order Dated December 3, 2021 and Subpoena's Served Thereunder* [ECF No. 196] was served on January 25, 2022 via (i) Electronic Notice and Electronic Mail upon Marc A. Pergament on behalf of Trustee Marc A. Pergament (mpergament@wgplaw.com; n167@ecfcbis.com); United States Trustee (USTPRegion02.LI.ECF@usdoj.gov) and Paris Gyparakis on behalf of Debtor Barnet Louis Liberman (pgyparakis@rosenpc.com; gyparakispr81087@notify.bestcase.com) and (ii) U.S. Mail, postage pre-paid upon counsel for the Trustee, Marc A. Pergament, Esq., Weinberg, Gross & Pergament LLP, 400 Garden City Plaza, Ste. 403, Garden City, NY 11530 and Office of the United States Trustee, Alfonso M. D'Amato US Courthouse, 560 Federal Plaza, Central Islip, NY 11722.

                                                                                    /s/Reyko E. Delpino_____
                                                                                    Reyko E. Delpino

Sworn to before me this
25th day of January 2022.

*/s/Walter Lee Lewis*
Walter Lee Lewis
Notary Public-State of New York
No. 01LE6143008
Qualified in Bronx County
My Commission Expires 03/07/22

61859412;1