**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BARNET LOUIS LIBERMAN,<br><br>Debtor. | Chapter 7<br><br>Case No. 21-70611-REG |

**ORDER CONFIRMING THE TERMINATION OF THE AUTOMATIC STAY**
**PURSUANT TO SECTIONS 362(c) & (j) OF THE BANKRUPTCY CODE**

Upon the Motion,[1] by Axos Bank ("Axos"), for entry of an order confirming the termination of the automatic stay pursuant to sections 362(c) and (j) of the Bankruptcy Code; and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue of this chapter 7 case and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having determined that the relief requested in the Motion is in the best interests of the Debtor, the estate, the creditors and other parties in interest; and it appearing that proper and adequate notice of the Motion has been given and that, except as otherwise ordered herein, no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as provided herein.

2. The Court confirms that the Automatic Stay under 11 U.S.C. § 362 has terminated, pursuant to 11 U.S.C. § 362(c)(2), as of the date of the Debtor's discharge as to Axos's interest in the Property.

---

[1] Terms capitalized but not otherwise defined herein shall have the meaning ascribed to them in the Motion.

3. The Bankruptcy Court shall retain jurisdiction relating to any matter arising from this Order.



Dated: Central Islip, New York
January 30, 2022

Robert E. Grossman
United States Bankruptcy Judge