UNITED STATE BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In Re:                                                    Chapter 7

Barnet Louis Liberman,                                    Case No. 821-70611-A736

       Debtor.

-----------------------------------------------------------X

## DECLARATION OF SERVICE

       Jacqueline Sullivan, assistant to Marc A. Pergament, an attorney admitted to practice in this Court, hereby declares, pursuant to 28 U.S.C. § 1746, as follows:

       On September 22, 2022, I served the foregoing Certificate of No Objection to the Trustee's Motion an order approving the Stipulation between the Trustee and Holiday Hospitality Franchising, LLC ("Claimant") permitting the Claimant's Proof of Claim to be deemed as timely filed due to the Claimant not having received notice of the bankruptcy filing [Docket No. 214] upon the following:

### *SEE ATTACHED SERVICE LIST*

pursuant to Local Bankruptcy Rule 9036-2(b), by transmitting a copy of the Notice of Electronic Filing to the email addresses listed on the attached Service List.

       Pursuant to 28 U.S.C. § 1746, I declare that the foregoing is true and correct.

       Executed in Garden City, New York on September 22, 2022.

                                                      /s/ Jacqueline Sullivan
                                                      Jacqueline Sullivan

### *SERVICE LIST*

Akerman LLP
Attorneys for SMH Acquisition LLC
Attn:  Mark S. Lichtenstein, Esq.
E-Mail - mark.lichtenstein@akerman.com

Alston & Bird
Attorneys for Holiday Hospitality Franchings, LLC
Attn:  Douglas Harris, Esq.
E-Mail - douglas.harris@alston.com

Ansell Grimm & Aaron, P.C.
Attorneys for Lackawanna Warehouse Corporation of NJ II
Attn:  Anthony J. D'Artiglio, Esq.
E-Mail - ajd@ansellgrimm.com
Attn:  Joshua S. Bauchner, Esq.
E-Mail - jb@ansellgrimm.com

Gallet Dreyer & Berkley, LLP
Attorneys for Residential Committee of the Board
of Directors of the Printing House Condominium
Attn:  Kyle G. Kunst, Esq.
E-Mail - kgk@gdblaw.com

Gibbons P.C.
Counsel for Winthrop Chamberlin
Attn:  Mark B. Conlan, Esq.
E-Mail - mconlan@gibbonslaw.com
Attn:  Larry Goldman, Esq.
E-Mail - lgoldman@gibbonslaw.com

Herrick, Feinstein LLP
Attorneys for creditor Herrick Feinstein LLP
Attn:  Stephen B. Selbst, Esq.
E-Mail - sselbst@herrick.com

Jacob M. Toledano
E-Mail - medival5@verizon.net

James E. & Bernice Bookhamer
E-Mail - jbookie@verizon.net

Jacquelyn M. Kasulis
Acting United States Attorney
Attorney for the United States of America
By: James H. Knapp, AUSA
E-Mail - james.knapp@usdoj.gov

Joseph J. Haspel, PLLC
Attorneys for James E. Bookhamer and Bernice Bookhamer,
Harry Karten and Yakov Toldano and Marcia Toldano
Attn: Joseph J. Haspel, Esq.
E-Mail - jhaspel@haspellaw.net

Kirby Aisner & Curley LLP
Attorneys for Slated IP LLC
Attn: Dawn Kirby, Esq.
E-Mail - dkirby@kacllp.com

Klestadt Winters Jureller Southard & Stevens, LLP
Attorneys for Board of Managers of Printing House
Condominium and the Residential Committee of the
Board of Managers of Printing House Condominium
Attn: Tracy L. Klestadt, Esq.
E-Mail - tklestadt@klestadt.com

Lefkowicz Law, PLLC
Attorneys for Leah Liberman and Leah Liberman Trust
Attn: Mark I. Lefkowicz, Esq.
E-Mail - mil@mlefkolaw.com

Letitia James, Attorney General State of NY
Attorney for NYS Department of Taxation & Finance
Attn: Leo V. Gagion, Esq.
        Assistant Attorney General
E-Mail - leo.gagion@ag.ny.gov

Moritt Hock & Hamroff LLP
Attorneys for Signature Bank
Attn: Allison Arotsky, Esq.
E-Mail - aarotsky@moritthock.com
Attn: Scott K. Levine, Esq.
E-Mail - slevine@moritthock.com

Office of the United States Trustee
Attn: Stan Y. Yang, Esq.
E-Mail - stan.y.yang@usdoj.gov

Rivkin Radler LLP
Co-Counsel for Russell Nype and Revenue Plus LLP
Attn: Stuart I. Gordon, Esq.
E-Mail - stuart.gordon@rivkin.com
Attn: Matthew V. Spero, Esq.
E-Mail - matthew.spero@rivkin.com

Rosen & Associates, P.C.
Attorneys for Debtor
Attn: Paris Gyparakis, Esq.
E-Mail - pgyparakis@rosenpc.com
Attn: Sanford P. Rosen, Esq.
E-Mail - srosen@rosenpc.com

Rosenberg & Estis, P.C.
Attorneys for 3-4 Lender LLC
and 305-421 LLC
Attn: John Giampolo, Esq.
E-Mail - jgiampolo@rosenbergestis.com
Attn: Yong Hyun Ryu, Esq.
E-Mail - yryu@rosenbergestis.com

Revenue Plus LLC
Attn: Russell L. Nype
E-Mail - rnype@revenueplus.tv

Schwartzer & McPherson Law Firm
Co-Counsel for Russell Nype and Revenue Plus LLC
Attn: Lenard E. Schwartzer, Esq.
E-Mail - bkfilings@s-mlaw.com

The Goldring Firm
Attorneys for Michael Lantino, Joanne Cabello, et al
Attn: Melanie A. Sarver, Esq.
E-Mail - msarver@goldringfirm.com
          ogoldring@goldringfirm.com

U.S. Department of Justice
Office of the United States Trustee
Attn: Christine H. Black, Esq.
          Assistant U.S. Trustee
E-Mail - christine.h.black@usdoj.gov