UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| In Re: | Chapter 7 |
| Barnet Louis Liberman, | Case No. 821-70611-A736 |
| Debtor. | Application |

-----------------------------------------------------------------X

TO:   The Honorable Robert E. Grossman,
      United States Bankruptcy Court Judge:

        The application of Marc A. Pergament, Trustee of the Estate of Barnet Louis Liberman, by his counsel, Weinberg, Gross & Pergament LLP, respectfully sets forth:

        1.    Marc A. Pergament has been appointed as Trustee of the Estate of Barnet Louis Liberman and has qualified and is now acting as Trustee.

        2.    The Trustee seeks to retain the accounting firm of Grassi Advisory Group Inc. ("Grassi"), Certified Public Accountants, licensed in the State of New York to assist him in the above-captioned bankruptcy case.

        3.    The Trustee has selected Grassi because its members have considerable experience in real estate and in insolvency matters and are well qualified to assist the Trustee.

        4.    The professional services which Grassi are to render are: (a) to give the Trustee accounting advice with respect to the preparation of tax returns; and (b) to assist the Trustee and his counsel in preparing the tax returns.

        5.    The hourly rate for the partners of Grassi is $600.00 per hour; the hourly rate for managers is $410.00 per hour, the hourly rate for senior accountants is $300.00 per hour and the hourly rate for accounting staff is between $220.00 per hour, plus all necessary and reasonable disbursements.

WHEREFORE, it is respectfully requested that this honorable Court grant the Trustee's application for the appointment of Grassi to represent the Trustee in this case and such other and further relief as this Court deems just and proper.

Dated: Garden City, New York
       November 25, 2024

                              Weinberg, Gross & Pergament LLP
                              Attorneys for Trustee

By: _____
                              Marc A. Pergament
                              400 Garden City Plaza, Suite 309
                              Garden City, New York  11530
                              (516) 877-2424