UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In Re:                                                    Chapter 7

Barnet Louis Liberman,                                    Case No. 821-70611-A736

       Debtor.                                           <u>Affidavit</u>

-------------------------------------------------------------X

STATE OF NEW YORK   )
                              :ss.:
COUNTY OF NASSAU    )

       Robert S. Posner, being duly sworn, deposes and says:

       1.     I am a Certified Public Accountant licensed to practice in the State of New York.

       2.     I am a member of the accounting firm of Grassi Advisory Group Inc. ("Grassi"), located at 50 Jericho Quadrangle, Suite 200, Jericho, New York 11753.

       3.     To the best of my knowledge, neither I, nor any of the members of my firm have had any business, professional or otherwise, or any other connection with the above-named debtor.

       4.     To the best of my knowledge, information and belief, neither I nor my accounting firm have any connection with the debtor, or any other party in interest herein, or their respective accountants, and neither I nor any member of my firm represent any interest adverse to those of the Trustee, or the estate of Barnet Louis Liberman, the above-named Debtor, in the matters upon which my firm is to be engaged.

       5.     I estimate that the amount to be billed by my firm for the services being rendered for the Trustee shall not exceed the sum of $25,000.00.

6. I respectfully request that the Court approve the retention of my firm as accountant for the Trustee.

_____
Robert S. Posner

Sworn to before me this
22 day of November, 2024.

_____
NOTARY PUBLIC

MARC A. PERGAMENT
NOTARY PUBLIC, State of New York
No. 02PE5012995
Qualified in Nassau County
Commission Expires July 15, 2027