UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In Re:                                              Chapter 7

Barnet Louis Liberman,                  Case No. 821-70611-A736

           Debtor.                              <u>Order Retaining Accountant</u>

-----------------------------------------------------------X

            Upon the application of Marc A. Pergament, Trustee of the Estate of the above referenced Debtor, by his attorneys, Weinberg, Gross & Pergament LLP, seeking an Order authorizing him to employ and retain the accounting firm of Grassi Advisory Group Inc. "(Grassi") as his accountants in the within proceeding, under the provisions of a general retainer, and upon the affidavit of Robert S. Posner, C.P.A., a member of the firm of Grassi, stating that said accounting firm has no present connection with any of the creditors, and further that they represent no interest adverse to the above estate in the matters upon which they are to be engaged, and it appearing that it is necessary for the Trustee to retain such certified public accountants, it is

            ORDERED, that Marc A. Pergament, Trustee, be and he hereby is authorized to retain the accounting firm of Grassi, as his accountants to assist him in the within proceeding under a general retainer with all fees and expenses payable only upon application pursuant to 11 U.S.C. Sections 330 and 331 and Order of the Court, and it is further

            ORDERED, that ten business days prior to any increases in Grassi's rates for any individual employed by the Grassi and retained by the Trustee pursuant to court order, Grassi shall file a supplemental affidavit with the Court setting forth the basis for the requested rate increase pursuant to 11 U.S.C. § 330(a)(3)(F). Parties in interest, including the United States Trustee, retain all rights to object to or otherwise respond to any rate increase on any and all grounds, including,

but not limited to, the reasonableness standard under 11 U.S.C. § 330. Supplemental affidavits are not required for rate increases effective on or after the date the Trustee submits the Trustee´s Final Report to the United States Trustee.

No Objection
Office of the United States Trustee

By:    ***/S/ Stan Y. Yang  11/27/2024***

Dated: Central Islip, New York
December 3, 2024



Robert E. Grossman
United States Bankruptcy Judge