UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In Re:                                                                  Chapter 7

Barnet Louis Liberman,                                      Case No. 821-70611-A736

       Debtor.                                                        <u>Supplemental Application</u>

-----------------------------------------------------------X

TO:    The Honorable Robert E. Grossman
          United States Bankruptcy Judge:

            The Application of Marc A. Pergament, by his attorneys, Weinberg, Gross & Pergament LLP, respectfully represents as follows:

            1.     On or about April 1, 2021, the Debtor filed a petition under Chapter 11 of the Bankruptcy Code and the case was converted to a case under Chapter 7 on June 28, 2021. Marc A. Pergament was appointed Interim Trustee, duly qualified and has acted in said capacity.

            2.     This Supplemental Application is submitted in further support of the Trustee's request for the retention of Arpad Baksa Architect, P.C. ("ABA") as the architect in the above-referenced case.

            3.     The Court had previously entered an Order approving the settlement between the Bankruptcy Estate and Axos Bank, which holds a first mortgage on two (2) of the three (3) units owned by the above-referenced Debtor. That settlement provides for the payment of $5,250,000.00 to Axos Bank upon the sale of the Debtor's real property located at 421 Hudson Street, Unit 805/806 and Unit C8, New York, New York ("421 Hudson Street").

            4.     The Internal Revenue Service ("IRS") owns a subordinate security lien with respect to those two (2) units and holds a first secured lien with respect to Unit C8.

5. By retaining an architect and other professionals, including the firm of Greenberg Traurig LLP, the Trustee hopes to achieve approval from the City of New York to combine the three (3) units and have them sold as one (1) unit.

6. Based on the market conditions, upon the combination of the three (3) units, it would then be an unique and valuable condominium on the penthouse of the building located at 421 Hudson Street where the estimated resale price is estimated at $9,500,000.00. Thus, if that combination is achieved and sold, there would be funds available for creditors of the Estate over and above the amount to be paid to Axos Bank.

7. The timeframe to achieve the consolidation of the units is between six (6) and twelve (12) months.

8. The IRS, as a subordinate and secured creditor, has consent to, and agrees with the Trustee's efforts to attempt to combine the units and incur the fees for the architect and counsel.

WHEREFORE, it is respectfully requested that this honorable Court grant the Trustee's application for the retention of ABA and such other and further relief as this Court deems just and proper.

Dated: Garden City, New York
December 12, 2024

                                     Weinberg, Gross & Pergament LLP
                                     Attorneys for Trustee

By: _____
Marc A. Pergament
400 Garden City Plaza, Suite 309
Garde City, New York 11530
(516) 877-2424