Case 8-21-70611-reg    Doc 266    Filed 12/23/24    Entered 12/23/24 10:18:40

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X

In Re:                                                                                  Chapter 7

Barnet Louis Liberman,                                                    Case No. 821-70611-A736

        Debtor.                                                                  <u>Order Retaining Arpad Baksa Architect</u>

--------------------------------------------------------X

        UPON the Application of Marc A. Pergament, Trustee, by his attorneys, Weinberg, Gross & Pergament LLP, seeking authority to employ Arpad Baksa Architect, P.C. ("ABA") as Architect with respect to the real property known as 421 Hudson Street, New York, New York 10017, and the Court being satisfied that ABA does not hold or represent any interest adverse to this estate, and is an disinterested party within the meaning of 11 U.S.C. Sections 101 and 327(a); it is hereby

        ORDERED, that Marc A. Pergament, Trustee herein, is hereby authorized to employ ABA on the terms set forth in the application hereto; and it is further

        ORDERED, that upon completion of its services on behalf of the Trustee herein, ABA shall be paid compensation for its services under a general retainer in the within proceeding under Chapter 7 of the Bankruptcy Code, with all fees payable only upon application to and Order of the Court.

No Objection
Office of the United States Trustee

By:    */S/ Stan Y. Yang  12/20/2024*

Dated: Central Islip, New York
      December 23, 2024



Robert E. Grossman
United States Bankruptcy Judge