UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

In Re:                                                                                Chapter 7

Barnet Louis Liberman,                                                    Case No. 821-70611-A736

        Debtor.

----------------------------------------------------------X

## CERTIFICATE OF NO OBJECTION

Pursuant to 28 U.S.C. § 1746, the undersigned hereby certifies as follows:

1.      On January 13, 2025, Marc A. Pergament, Chapter 7 Trustee of the Bankruptcy Estate of Barnet Louis Liberman ("Trustee" or "Movant'), filed a motion for an Order pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure: (a) approving the Settlement Agreement between and among the Trustee, Gary M. Rosenberg ("Rosenberg"), the following entities in which Rosenberg holds a direct or indirect interest, 305 Second Avenue Associates, L.P., 3-4 Lender LLC, 305-421 LLC, Mountbatten Equities, L.P. and Hudson Leroy, LLC, and their respective subsidiaries, and the United States of America on behalf of the Internal Revenue Service; (b) authorizing the Trustee to execute all documents necessary to effectuate the settlement; and (c) for such other and further relief as this Court deems just and proper ("Motion").

2.      Contemporaneously with the Motion, the Trustee filed a notice of hearing on the Motion scheduling a hearing on the Motion for February 12, 2025.

3.      Pursuant to E.D.N.Y. LBR 9006-1, responsive papers are to be served so as to be received no later than seven (7) days before the hearing date (the "Objection Deadline").

4.      The Objection Deadline has passed and (i) the Motion was filed and served in a timely fashion, (ii) no objection has been filed or served on the movant, (iii) there is no

objection, responsive pleading or request for a hearing with respect to the Motion on the docket, and (iv) movant is aware of no informal objection. Accordingly, this Court may enter the proposed order granting the Motion without need for a hearing.

Dated: Garden City, New York
       February 5, 2025

                                        Weinberg, Gross & Pergament LLP
                                        Attorneys for Trustee

By: _____
                                        Marc A. Pergament
                                        400 Garden City Plaza, Suite 309
                                        Garden City, New York 11530
                                        (516) 877-2424