| Information to identify the case: | | |
|---|---|---|
| Debtor | Barnet Louis Liberman | EIN: _ _–_ _ _ _ _ _ _ |
| | Name | |
| United States Bankruptcy Court    Eastern District of New York | Date case filed in chapter: | 11    4/1/21 |
| Case number:    8–21–70611–ast | Date case converted to chapter: | 7    6/28/21 |

**NOTICE IS HEREBY GIVEN THAT:**

Pursuant to an Administrative Order of this court dated August 14, 2025, the above–captioned case and any related adversary proceedings have been reassigned to the Honorable Alan S. Trust, United States Bankruptcy Judge effective August 15, 2025. Please take note of the new case number: **8–21–70611–ast** .

Dated: August 15, 2025

For the Court, Paul Dickson, Clerk of Court

**BLnrp1.jsp** Notice Reassigning Case(Mass Assignment) rev. 08/14/25]