# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−8 | User: admin | Date Created: 8/15/2025 |
| Case: 8−21−70611−ast | Form ID: 151 | Total: 247 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
9955876     Craig Harrington

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| tr | Marc A. Pergament | mpergament@wgplaw.com |
| aty | Marc A Pergament | mpergament@wgplaw.com |
| aty | Marc A. Pergament | mpergament@wgplaw.com |
| aty | Paris Gyparakis | pgyparakis@archerlaw.com |
| aty | Sanford P Rosen | srosen@rosenpc.com |

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | | |
|---|---|---|---|---|---|
| db | Barnet Louis Liberman | 10 Palomino Court | East Hampton, NY 11937 | | |
| smg | NYS Department of Taxation & Finance | Bankruptcy Unit | PO Box 5300 | Albany, NY 12205 | |
| smg | NYS Unemployment Insurance | Attn: Isolvency Unit | Bldg. #12, Room 256 | Albany, NY 12240 | |
| smg | United States Trustee | Office of the United States Trustee | Long Island Federal Courthouse | 560 Federal Plaza | Central Islip, NY 11722−4437 |
| 10012286 | 3−4 Lender LLC | c/o Rosenberg & Estis PC | 733 Third Avenue, 14th FL | New York, NY 10017 | |
| 9957603 | 3−4 Lender LLC | c/o Rosenberg & Estis, P.C. | 733 Third Avenue, 14th Floor | New York, NY 10017 | |
| 9955845 | 305 2nd Avenue | Associates LP | 421 Hudson Street | C−9 | New York, NY 10014 |
| 9955846 | 305 Second Avenue Mezz | Lender LLC | 230 Park Avenue | Suite 908 | New York, NY 10169 |
| 9986657 | 305 Second Avenue Mezz Lender LLC | c/o Pennybacker Capital | 10 Grand Central | 155 E 44th Street, Ste 2110 | New York, NY 10017 |
| 10012352 | 305−421 LLC | C/o Rosenberg & Estis PC | 733 Third Avenue, 14th FL | New York, NY 10017 | |
| 9957604 | 305−421 LLC | c/o Rosenberg & Estis, P.C. | 733 Third Avenue, 14th Floor | New York, NY 10017 | |
| 9955849 | AJ Strasser | 482 Greenwich Street | New York, NY 10013 | | |
| 9986658 | AJ Strasser | c/o Cooper Creek Partners | 501 Madison Ave, Ste 1201 | New York NY 10022 | |
| 9969643 | AJ Strasser | c/o Cooper Creek Partners | 501 Madison Avenue, Suite 1201 | New York, NY 10022 | |
| 9969644 | AJ Strasser | c/o Cooper Creek Partners | 501 Madison Avenue, Suite 1201 | New York, NY 10022 | |
| 9969648 | AJ Strasser | c/o Cooper Creek Partners | 501 Madison Avenue, Suite 1201 | New York, NY 10022 | |
| 9955853 | AREIT WH I LLC | c/o Argentic Real Estate | 31 West 27th Street | 12th Floor | New York, NY 10001 |
| 9955847 | Aaron Liberman | 421 Hudson Street | Apt 805 | New York, NY 10014 | |
| 9955848 | Across From the Green LLC | 201 Three Pompeaug Office | Southbury, CT 06488 | | |
| 9968146 | Akerman LLP | Attorneys for SMH Acquisition LLC | 1251 Avenue of the Americas | 37th Fl. | New York, NY 10020     Attn: Mark S. Lichtenstein, Esq. |
| 9986655 | Akerman LLP | P.O. Box 4906 | Orlando, FL 32802 | | |
| 10011723 | Alan B. Gordon | 420 West End Avenue, Apt. 9B | New York, NY 10024 | | |
| 10011724 | Alan D. Gordon | 420 West End Avenue, Apt. 9B | New York, NY 10024 | | |
| 9955850 | Alan Gordon | 420 West End Avenue | 9th Floor | New York, NY 10024 | |
| 9955851 | American Express | PO Box 1270 | Newark, NJ 07101 | | |
| 9968796 | American Express National Bank | c/o Becket and Lee LLP | PO Box 3001 | Malvern PA 19355−0701 | |
| 9968797 | American Express National Bank | c/o Becket and Lee LLP | PO Box 3001 | Malvern PA 19355−0701 | |
| 9955852 | Annette Miller | 330 Beacon Street | Boston, MA 02116 | | |
| 9955854 | Ava Liberman | 421 Hudson Street | Apt 805 | New York, NY 10014 | |
| 9955855 | Axos Bank | BOFI Federal Bank) | 435 Ola Jolia Village Dr. | San Diego, CA 92122 | |
| 9955863 | BFN Ventures LLC | 421 Hudson Street | Unit 808 | New York, NY 10014 | |
| 9955856 | Balmoral Builders | 421 Hudson Street | C−9 | New York, NY 10014 | |
| 9955857 | Balwinder Singh | 3217 72nd Street | East Elmhurst, NY 11370 | | |
| 9955858 | Bank of America | PO Box 982234 | El Paso, TX 79998 | | |
| 9961975 | Bank of America, N.A. | P O Box 982284 | El Paso, TX 79998−2238 | | |
| 9986698 | Barnet Liberman | 300 West End Avenue | New York NY 10023 | | |
| 9961995 | Barnet Liberman | 300 West End Avenue | New York, NY 10023 | | |
| 9992136 | Barnet Liberman | 300 West End Avenue | New York, NY 10023 | | |
| 9955859 | Barnet Liberman | 300 West End Avenue | New York, NY 10023 | | |
| 9992134 | Barnet Liberman | 300 West End Avenue | New York, NY 10023 | | |
| 9955860 | Berkman Henoch Peterson | Peddy & Fenchel PC | 100 Garden City Plaza | Garden City, NY 11530 | |

| | | | | |
|---|---|---|---|---|
| 10353994 | Berkman Henoch Peterson & Peddy, P.C. | 400 Garden City Plaza, Suite 320 | Garden City, New York 11530 | |
| 10354009 | Berkman, Henoch, Peterson & Peddy, P.C. | 400 Garden City Plaza, Suite 320 | Garden City, New York 11530 | |
| 9955861 | Bernard Liberman | 101 E Read Street | Baltimore, MD 21202 | |
| 10013863 | Bernard Libernman | 103 E. Read St. | Baltimore, MD 21202–2403 | |
| 9955862 | Bethpage Credit Union | 899 South Oyster Bay Rd. | Bethpage, NY 11714 | |
| 9992185 | Blank Rome LLP | 1271 Avenue of the Americas | New York, NY 10020 | |
| 9955864 | Blank Rome LLP | 405 Lexington Avenue | New York, NY 10174 | |
| 9955865 | Blut Law Group PC | 300 S Fourth Street | Suite 701 | Las Vegas, NV 89101 |
| 9982034 | Board of Managers of Printing House Condominium | Klestadt Winters Jureller Southard & Ste | 200 West 41st Street, 17th Floor | New York, NY 10036 |
| 10004694 | Board of Managers of Printing House Condominium | C/O Douglas Elliman Property Management | Att: Patrick O'Toole 675 Third Avenue 6th Floor | New York, NY 10017 |
| 9955866 | C & A Construction | 100 Mill Road | Danbury, CT 06811 | |
| 9955867 | C.S. Good Friend & Co. | 11 Riverdale Ave | Port Chester, NY 10573 | |
| 9966990 | C.S. GoodFriend & Co.,Inc. | 1501 Broadway Suite 502 | New York, NY 10036 | |
| 9989515 | C.S. Goodfriend & Co., Inc. | c/o Veneruso, Curto, Schwartz & Curto, LLP | 35 East Grassy Sprain Road, Suite 400 | Yonkers, NY 10710 |
| 9986661 | CS Good Friend | 1501 Broadway, Ste 502 | New York, NY 10036 | |
| 9955868 | Ceritlman Balin et al. | 90 Merrick Avenue East | East Meadow, NY 11554 | |
| 9955869 | Chad J. Carlan | 30 South Pearl Street | Suite 901 | Albany, NY 12207 |
| 9955870 | Chamberlin Winthrop | 421 Hudson Street | Apt 808 | New York, NY 10014 |
| 9955871 | Chaves & Perlowitz, LLP | 111 John Street, Suite 3 | New York, NY 10038–3000 | |
| 9986654 | Chubbpersonal Risk Services | P.O. Box 7247–0180 | Philadelphia, PA 19170–0180 | |
| 9955872 | City National Bank | 555 South Flower Street | 8th Floor | Los Angeles, CA 90071 |
| 9976447 | City National Bank, N.A. | 555 South Flower Street | 16th Floor | Los Angeles, CA 90071 |
| 9955873 | Conneticut Department of Labor | 200 Folly Brook Boulevard | Wethersfield, CT 06109 | |
| 9990568 | Consolidated Edison Company of New York Inc | EAG Bankruptcy | 9th Floor 4 Irving Place | New York, NY 10003 |
| 9965275 | Consolidated Edison Company of New York, Inc. | 4 Irving Place, Room 18th Floor | New York, New York 10003 Attn: Bankruptcy Group | |
| 9955874 | Consolidated Edison, Inc. | JAF Station | P.O. Box 1702 | New York, NY 10116–1702 |
| 9955875 | Cozen O'Connor | 277 Park Avenue | New York, NY 10172 | |
| 10012285 | Cozen O'Connor | Attn: Eric L. Scherling, Esq. | 1650 Market Street, Suite 2800 | Philadelphia, PA 19103 |
| 9986700 | Craig Harrington | 4 Ambler Farm Road | Bedford NY 10506 | |
| 9961981 | Craig Harrington | 4 Ambler Farm Road | Bedford, NY 10506 | |
| 9955877 | D&A Services LLC of IL | 1400 East Toumy Avenue | Suite G–4 | Des Plaines, IL 60018 |
| 9955878 | Dari Alexander | 305 2nd Avenue | Apt 714 | New York, NY 10003 |
| 9955879 | David Epstein | 17221 Collins Avenue | Apt 2105 | North Miami Beach, FL 33160 |
| 9970138 | David Epstein | 6029 Old Ocean Blvd | Ocean Ridge, FL 33435 | |
| 10005294 | David Epstein | 6029 Old Ocean Blvd | Ocean Ridge, FL 33435 | |
| 9986701 | David Epstein | 6029 Old Ocean Blvd. | Ocean Ridge, FL 33435 | |
| 10041514 | David Hammer | 41 Eastern Parkway | Brooklyn, NY 11238 | |
| 9955880 | David Hammer | 535 Dean Street | Brooklyn, NY 11217 | |
| 9961982 | David Mitchell | Mitch Holdings LLC | 801 Madison Avenue | Floor 4 New York, NY 10065 |
| 9955881 | David Mitchell | Mitchell Holdings LLC | 801 Madison Avenue | New York, NY 10065 |
| 9955882 | Dean Reilly | 60 East 42nd Street | #558 | New York, NY 10165 |
| 10116590 | Deer Pond Capital Ltd | 174 Greenley Rd. | New Canaan, CT 06840 | |
| 10038039 | Deer Pond Capital, Ltd. | 96 ROSE LN | DARIEN, CT 06820 | |
| 9955883 | DelBello Donnellan, et al | One North Lexington Ave. | White Plains, NY 10601 | |
| 9955884 | Douglas Davidson | 90 Riverside Drive | New York, NY 10024 | |
| 9955885 | Dune Alpin Farm Corp. | c/o Morley Property Mgmt. | 32 Hampton Road | Southampton, NY 11968 |
| 9955886 | Eaton & Peabody | 80 Exchange Street | Bangor, ME 04402 | |
| 9955887 | Empire Construction | 30 South Pearl Street | Suite 901 | Albany, NY 12207 |
| 9955888 | Epic W 14 LLC | 15 Watts Street | 5th Floor | New York, NY 10013 |
| 10012298 | Frenkel Hershkowitz Shafran LLP, as Nominee | 49 West 37th Street | Fl 9 | New York, NY 10018 |
| 9955889 | Frenkel Hershkowitz et al | 49 W 37th Street | New York, NY 10018 | |
| 9955890 | G4 18191, LLC | 14 Skillman Street | Roslyn, NY 11576 | |
| 9967825 | GALLET DREYER & BERKEY, LLP | Attn: Kyle G. Kunst, Esq. | 845 Third Avenue, 5th Floor | New York, New York 10022 |
| 10012353 | Gary M. Rosenberg | C/o Rosenberg & Estis PC | 733 Third Avenue, 14th FL | New York, NY 10017 |
| 9992184 | Goldring Firm | 40 Fifth Avenue | New York, NY 10011 | |
| 9955891 | Goldring Firm | 845 Third Avenue | New York, NY 10022 | |
| 9955892 | Grant Heating & Cooling | 48 Route 114 | East Hampton, NY 11937 | |
| 9968080 | HERRICK, FEINSTEIN LLP | Attn: Stephen B. Selbst | Two Park Avenue | New York, NY 10016 |
| 9955897 | HSBC | PO Box 1461 | Buffalo, NY 14240 | |
| 10329870 | HSBC Bank USA | Robertson, Anschutz, Schneid, Crane | 13010 Morris Rd., Suite 450 | Alpharetta, GA 30004 |
| 9976713 | HSBC Bank USA, N.A. | 2929 Walden Ave C9 | Attn: Business Services | Depew, NY 14043 |
| 9955893 | Hanan Zarfati | 412 Vomel Drive | New Milford, NJ 07646 | |
| 9955894 | Harry Karten | 250 Moonachie Road | Ste. 303 | Moonachie, NJ 07074 |

| | | | | | |
|---|---|---|---|---|---|
| 9955895 | Harry Marquis, Esq. | 400 S Fourth Street | 3rd Floor | Las Vegas, NV 89101 | |
| 9955896 | Herrick Feinstein LLP | 2 Park Avenue | New York, NY 10016 | | |
| 10102568 | Holiday Hospitality Franchise | IHG Resorts | Three Ravina Drive, Suite 100 | Atlanta, GA 30346 | |
| 10102490 | Holiday Hospitality Franchising, LLC | Alston and Bird LLP | c/o Leib M. Lerner | 333 S. Hope Street, 16th Fl. | Los Angeles, CA 90071 |
| 9955898 | Hudson 805 LLC | 421 Hudson Street | Apt. 805 | New York, NY 10014 | |
| 10012299 | Hudson Leroy, LLC | c/o Rosenberg & Estis, PC | 733 Third Avenue, 14th Fl | New York, NY 10017 | |
| 9955899 | Hunton Williams | 200 Park Avenue | New York, NY 10166 | | |
| 9955900 | Internal Revenue Service | Holtsville, NY 11742–0480 | | | |
| 9962318 | Internal Revenue Service | P.O. Box 7346 | Philadelphia, PA 19101–7346 | | |
| 10007058 | JACQUELYN M. KASULIS | Acting United States Attorney | Eastern District of New York | 610 Federal Plaza, 5th Floor | Central Islip, New York 11722 |
| 9969128 | JPMorgan Chase Bank, N.A. | s/b/m/t Chase Bank USA, N.A. | c/o National Bankruptcy Services, LLC | P.O. Box 9013 | Addison, Texas 75001 |
| 9967824 | Jacob M. Toledano | 40 Stevenson Drive | Great Neck, NY 11023–1824 | | |
| 9955901 | James & Bernice Bookhamer | 1526 Ocean Avenue | Sea Bright, NJ 07760–2228 | | |
| 9963568 | James E. Bookhamer and Bernice Bookhamer | Harry Karten | Yacov Toldano and Marcia Toldano | c/o Joseph J. Haspel PLLC | 39 Casimer Road    Middletown, New York 10941 |
| 9990572 | James E. Bookhamer and Bernice Bookhamer | c/o Joseph J. Haspel PLLC | 39 Casimer Road | Middletown, New York 10941 | |
| 10012297 | John David Giampolo | Rosenberg & Estis, PC | 733 Third Avenue, 12th Fl | New York, NY 10017–1001 | |
| 9955902 | John Estreich | Estreich & Co. | 7 Penn Plaza | Suite 1400 | New York, NY 10001 |
| 10012848 | John Tippins & Glenda Shaw | c/o Northcap Commercial, LLC | 400 S Rampart Blvd, Ste 220 | Las Vegas, NV 89145 | |
| 9989514 | Joseph R Curto | 35 East Grassy Sprain Road | Suite 400 | Yonkers, NY 10710–1071 | |
| 9955903 | Joshua Goldberg | 305 2nd Avenue | APt 338 | New York, NY 10003 | |
| 9955904 | Kitchen Public Rel | 317 Madison Ave # 608 | New York, NY 10017 | | |
| 9955905 | Lackawanna Warehouse Corp | 365 Rife Camp Road | Woodland Park, NJ 07424 | | |
| 10009392 | Lackawanna Warehouse Corporation of NJ, II | c/o Ansell Grimm & Aaron, P.C. | 365 Rifle Camp Road | Woodland Park, NJ 07424 | |
| 10009393 | Lackawanna Warehouse Corporation of NJ, II | c/o Ansell Grimm & Aaron, P.C. | 365 Rifle Camp Road | Woodland Park, NJ 07424 | |
| 9965191 | Lackawanna Warehouse Corporation of New Jersey II | c/o Anthony J. D'Artiglio, Esq. | Ansell Grimm & Aaron, P.C. | 365 Rifle Camp Road | Woodland Park, NJ 07424 |
| 9965193 | Lackawanna Warehouse Corporation of New Jersey II | c/o Joshua S. Bauchner, Esq. | Ansell Grimm & Aaron, P.C. | 365 Rifle Camp Road | Woodland Park, NJ 07424 |
| 9955906 | Lambert & Shackman PLLC | 274 Madison Avenue | New York, NY 10016 | | |
| 10012288 | Lambert & Shackman, PLLC | 274 Madison Avenue, Suite 1302 | New York, NY 10016 | | |
| 9955907 | Lantino et al. | 845 Third Avenue | New York, NY 10022 | | |
| 9955908 | Leah Liberman | 421 Hudson Street | Apt 805 | New York, NY 10014 | |
| 10034180 | Leah Liberman | C/O LEFKOWICZ LAW, PLLC | 125 Michael Drive, Suite 105 | Syosset, NY 11791 | |
| 10034390 | Leah Liberman Trust | C/O LEFKOWICZ LAW, PLLC | 125 Michael Drive, Suite 105 | Syosset, NY 11791 | |
| 9972222 | Lenard E. Schwartzer, Esq. | Schwartzer & McPherson Law Firm | 2850 S. Jones Blvd., Suite 1 | Las Vegas, NV 89146 | |
| 9955909 | M & T Bank | 1 M&T Plaza | Buffalo, NY 14203 | | |
| 9955919 | MRS Associates | 1930 Olney Avenue | Cherry Hill, NJ 08003 | | |
| 10012327 | Malter Children's Irrevocable 2012 Trust | Lisa Malter as Trustee | 421 Hudson Street | New York, NY 10014 | |
| 9955910 | Marcia Toldano | 40 Stevenson Drive | Great Neck, NY 11023 | | |
| 10147591 | Mark I. Lefkowicz, Esq. | Lefkowicz Law, PLLC | 125 Michael Drive, Suite 105 | Syosset, NY 11791 | |
| 9955911 | Mark Sanders | Biological Science | Deans Offfice Sn H | 1475 Gortner Ave | Saint Paul, MN 55108 |
| 9955912 | Martin Pavane | 70 E 77th Street | New York, NY 10075 | | |
| 9955913 | McCann Fabrication | 1027 Lewiston Rd | New Gloucester, ME 04260 | | |
| 9969629 | McCann Fabrication | 1027 Lewiston Rd | New Gloucester, ME 04260 | | |
| 9969642 | McCann Fabrication | 1027 Lewiston Rd | New Gloucester, ME 04260 | | |
| 9969641 | McCann Fabrication | 1027 Lewiston Rd | New Gloucester, ME 04260 | | |
| 9955914 | Meadows Bank | 8912 Spanish Ridge Avenue | Ste. 100 | Las Vegas, NV 89148 | |
| 9955915 | Metro Adjusters Inc. | 30–22 33rd Street | Astoria, NY 11102 | | |
| 9955916 | Michael A. Miller | 330 Beacon Street | Boston, MA 02116 | | |
| 9961979 | Michael Lantino | C/O The Goldring Firm | 40 Fifth Avenue | New York, NY 10011 | Attn: Orit Goldring, Esq. |
| 9986662 | Michael Lantino | c/o The Goldring Firm | 40 Fifth Avenue | New York, NY 10011 | Attn: Orit Goldring, Esq. |
| 9967268 | Michael Lantino, Joanne Cabello, et al. | c/o The Goldring Firm | 40 Fifth Avenue | New York, NY 10011 | |
| 9955917 | Mitchell Nelson | 26 E 81st Street | Apt 2N | New York, NY 10028 | |
| 9955918 | Mountbatten Equities | 421 Hudson Street | C–9 | New York, NY 10014 | |
| 9957358 | NYS Dept. of Tax & Finance | Bankruptcy Section | PO Box 5300 | Albany, NY 12205–0300 | |
| 9964218 | NYU LANGONE PHYSICIAN SERVICES | 5505 NESCONSET HWY | SUITE 200 | MT SINAI, NY 11766 | |
| 9955924 | NYU Physican Service | PO Box 415662 | Boston, MA 02241 | | |

| | | | | |
|---|---|---|---|---|
| 9955920 | Nardy Pest Control | 535 Country Road | 39A | Southampton, NY 11968 |
| 9955921 | New York Business | Development Corp | 50 Beaver Street | Albany, NY 12207 |
| 9955922 | New York State Department | of Taxation & Finance | W.A. Harriman State Campu | Albany, NY 12227 |
| 9959579 | New York State Department of Taxation and Finance | Office of the Attorney General of NYS | Leo V. Gagion | 28 Liberty Street, 17th Floor | NY, NY 10005 |
| 9959628 | New York State Department of Taxation and Finance | Office of the Attorney General of NYS | Leo V. Gagion | 28 Liberty Street, 17th Floor | NY, NY 10005 |
| 9955923 | Nordlaks | Industriveien 1 | 8450 Stokmarknes | NORWAY |
| 9986656 | Northcap Commercial LLC | 400 S Rampart Blvd | Las Vegas, NV 89145 | |
| 9955925 | ORB Management Ltd. | 421 Hudson Street | C–9 | New York, NY 10014 |
| 9963128 | PHH Mortgage Corporation | Attn: Bankruptcy Department | PO Box 24605 | West Palm Beach, FL 33416–4605 |
| 10019851 | Paris Gyparakis | Rosen & Associates, P.C. | 747 Third Avenue | New York, NY 10017 |
| 9984014 | Paris Gyparakis, Esq. | 747 Third Avenue | New York, NY 10017 | |
| 9963569 | Peter L. Malkin | 60 East 42nd Street | Suite 850 | New York, NY 10165 |
| 9955926 | Peter Malkin | One Grand Central Place | 60 E 42nd Street | New York, NY 10165 |
| 9955927 | Phyllis Liberman | 10 Palomino Court | East Hampton, NY 11937 | |
| 9955928 | RCN | PO Box 11816 | Newark, NJ 07101 | |
| 10000960 | REVENUE PLUS, LLC | C/O LENARD E. SCHWARTZER | 2850 S. JONES BLVD, SUITE 1 | LAS VEGAS, NV 89146 |
| 10000959 | RUSSELL NYPE | C/O LENARD E SCHWARTZER | 2850 S. JONES BLVD, SUITE 1 | LAS VEGAS, NV 89146 |
| 10000961 | RUSSELL NYPE & REVENUE PLUS, LLC | C/O LENARD E SCHWARTZER | 2850 S JONES BLVD, SUITE 1 | LAS VEGAS, NV 89146 |
| 10019525 | Reilly Deane & Raboy LLP | 0 E 42nd St #558 | New York, NY 10165 | |
| 10019526 | Reilly Deane & Raboy LLP | 60 E 42nd St #558 | New York, NY 10165 | |
| 10019849 | Reilly Deane & Raboy LLP | 60 E 42nd St #558 | New York, NY 10165 | |
| 9982361 | Residential Committee of the Board of | Managers of Printing House Condominium | Klestadt Winters Jureller Southard et al | 200 West 41st Street, 17th Floor | New York, NY 10036 | Attn: Tracy L. Klestadt |
| 9967819 | Residential Committee, Printing House, Interested | 421 Hudson St | New York, NY 10014 | |
| 9986696 | Revenue Plurs LLC | 400 South Ocean Blvd. | Palm Beach, FL 33480 | |
| 9955929 | Revenue Plus LLC | 400 South Ocean Blvd. | Palm Beach, FL 33480 | |
| 9967642 | Revenue Plus LLC | c/o Rivkin Radler LLP | 926 RXR Plaza | Uniondale, NY 11556 |
| 9967644 | Revenue Plus LLC | c/o Rivkin Radler LLP | 926 RXR Plaza | Uniondale, NY 11556 |
| 9959794 | Robert A. Cohen | 1210 Main Street | P.O. Box 323 | Becket, MA 01223 |
| 9998514 | Robert A. Cohen | P.O. Box 323 | Becket, MA 01223 | |
| 9955930 | Robert Silman Associates | 32 Old Slip, 10th Floor | New York, NY 10005 | |
| 9955931 | Rosenberg & Estis, P.C. | 733 Third Avenue | New York, NY 10017 | |
| 9955932 | Rosenberg & Estis, P.C. | Attn: Gary Rosenberg, Esq | 733 Third Avenue | New York, NY 10017 |
| 9955933 | Russell Nype | 400 South Ocean Blvd. | Palm Beach, FL 33480 | |
| 9966989 | Russell Nype | 525 So. Flager Drive | Suite 15D | West Palm Beach, FLA 33401 |
| 9986697 | Russell Nype | 525 South Flager Dr, Ste 15D | West Palm Beach, FL 33401 | |
| 9955938 | SHM Acquisitions | c/o Stefan Malter | 421 Hudson Street, Apt 50 | New York, NY 10014 |
| 10012326 | SHM Acquisitions LLC | 421 Hudson Street | New York, NY 10014 | |
| 9967583 | SMH ACQUISTION LLC | AKERMAN LLP | 1251 AVENUE OF THE AMERICAS | 37TH FLOOR | NEW YORK, NEW YORK 10020 |
| 9955934 | Sam Malamud | 756 Eastern Parkway | Brooklyn, NY 11213 | |
| 9955935 | Seth Hirschel | 4 Amber Farm Road | Bedford, NY 10506 | |
| 9955936 | Seth Hirschel | 4 Ambler Farm Road | Bedford, NY 10506 | |
| 9955937 | Sher Corwin Winters LLC | 190 Carondelet Plaza | Suite 1100 | Saint Louis, MO 63105 |
| 10011885 | Sherman Atlas Sylvester & Stamelman LLP | 210 Park Avenue, 2nd Floor | Florham Park, NJ 07932 | |
| 9955939 | Signature Bank | 1177 Sixth Avenue | 11th Floor | New York, NY 10016 |
| 9986927 | Signature Bank | 1400 Broadway, 7th Floor | New York, NY 10018 | |
| 9986292 | Signature Bank | c/o Moritt Hock & Hamroff LLP | Att: Allison Arotsky, Esq. | 400 Garden Plaza | Garden City, NY 11530 |
| 9955940 | Slated IP | James Landau McCarthy | 711 Westchester Ave. | Ste. 405 | West Harrison, NY 10604 |
| 9967584 | Slated IP LLC | c/o Kirby Aisner & Curley LLP | 700 Post Rd., Ste. 237 | Scarsdale, NY 110583 |
| 9972842 | Slated IP LLC | c/o Kirby Aisner & Curly LLP | 700 Post Road, Suite 237 | Scarsdale, New York 10583 |
| 9972857 | Slated IP, LLC | c/o Kirby Aisner & Curley LLP | 700 Post Road, Ste. 237 | Scarsdale, NY 10583 | Attn.: Dawn Kirby, Esq. |
| 10012300 | Slava Hazin | Warshaw Burstein, LLP | 575 Lexington Avenue, 7th Floor | New York, NY 10022 |
| 9955942 | Stefan Malter | 20 Deer Knoll | Mount Kisco, NY 10549 | |
| 9955941 | Stefan Malter | 421 Hudson Street | Apt 509 | New York, NY 10014 |
| 9955943 | Stella Liberman | 421 Hudson Street | Apt 805 | New York, NY 10014 |
| 9955944 | Svetlana Kasianchuk | 3030 Emmons Avenue | 5B | Brooklyn, NY 11235 |
| 9986699 | Svetlana Kasianchuk | 3110 Brighton 3rd, Apt 4E | Brooklyn, NY 11235 | |
| 9961994 | Svetlana Kasianchuk | C/O Orb Management Ltd. | 421 Hudson Street | C9 | New York, NY 10014 |
| 10012313 | Svetlana Kasyanchuk | 3110 Brighton 3rd St, 4E | Brooklyn, NY 11235 | |
| 9955945 | T–Mobile | PO Box 53410 | Bellevue, WA 98015 | |
| 9961978 | The Goldring Firm | 40 Fifth Avenue | New York, NY 10011 | Attn: Orit Goldring, Esq. |
| 10102569 | Thomas P. Clinkscales, Esq. | IHG Resorts | Three Ravina Drive, Suite 100 | Atlanta, GA 30346 |
| 9955946 | Tom Zipser | Deer Pond Capital LTD | 96 Rose Lane | Darien, CT 06820 |
| 9999606 | U.S Small Business Administration | 26 Federal Plaza, Room 3100 | New York, NY 10278 | |

| | | | | | |
|---|---|---|---|---|---|
| 9989683 | U.S. Trustee Payment Center | P.O. Box 6200–19 | Portland, OR 97228–6200 | | |
| 9955947 | United Leasing | 3700 E Morgan Ave | Evansville, IN 47715 | | |
| 10010767 | VW Credit Leasing, Ltd | c/o VW Credit, Inc. | PO Box 9013 | Addison, Texas 75001 | |
| 9955948 | Veneruzo Curto et al. | 35 East Grassy Sprain Rd. | Suite 400 | Yonkers, NY 10710 | |
| 9955949 | Vincent Pica | c/o Safanad Inc. | 505 Fifth Avenue | New York, NY 10017 | |
| 9955950 | Volkswagen Credit | 1930 Olney Avenue | Cherry Hill, NJ 08003 | | |
| 9955954 | WMW Architects | 100 Clearbrook Rd | Elmsford, NY 10523 | | |
| 10012314 | WQB Architecture, PLLC | 405 Lexington Ave, 9th Floor | New York, New York 10174 | | |
| 10012301 | Warshaw Burstein, LLP | 575 Lexington Avenue | 7th Floor | New York, NY 10022 | |
| 9955951 | Wells Fargo | c/o PHH Mortgage | PO Box 5452 | Mount Laurel, NJ 08054 | |
| 9955952 | William J. Werns | 302 Second Avenue | Apt 714 | New York, NY 10003 | |
| 9986660 | William J. Werns | 305 Second Ave, Apt 714 | New York, NY 10003 | | |
| 9961980 | William J. Werns | 305 Second Avenue | Apt 714 | New York, NY 10003–2741 | |
| 9955953 | Winthrop Chamberlin | 421 Hudson Street | Apt 808 | New York, NY 10014 | |
| 9956927 | Winthrop Chamberlin | ATTN: Mark B. Conlan | GIBBONS P.C. | One Gateway Center | Newark, NJ 07102 |
| 9955955 | Yacov Toldano | 40 Stevenson Dr. | Great Neck, NY 11023 | | |
| 9990585 | Yacov Toldano and Marcia Toldano | c/o Joseph J. Haspel PLLC | 39 Casimer Road | Middletown, New York 10941 | |
| 9955956 | Zoe Liberman | 421 Hudson Street | Apt 805 | New York, NY 10014 | |
| 10011382 | mitchell j nelson | 26 East 81st St, Apt 2N | New York, NY 10028 | | |

TOTAL: 241