UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

| | |
|---|---|
| In Re: | Chapter 7 |
| Barnet Louis Liberman, | Case No. 821-70611-SPG |
| Debtor. | Supplemental Affirmation in Support |

-----------------------------------------------------------X

Marc A. Pergament, duly affirms under the penalties of perjury as follows:

1. I am an attorney admitted to practice law in the United States Court of Appeals for the Second Circuit and the United States District Court for the Eastern and Southern Districts of New York and am a member of Weinberg, Gross & Pergament LLP, attorneys for Marc A. Pergament, Chapter 7 Trustee ("Trustee") of the Estate of Barnet Louis Liberman ("Debtor").

2. I am fully familiar with the facts and circumstances set forth herein.

3. This Supplemental Affirmation is presented in support of the Trustee's motion for an Order pursuant to Rule 9019(a) of the Federal Rules of Bankruptcy Procedure: (a) approving the amended settlement between the Trustee, on behalf of the Estate, Stefan Malter ("Malter"), the Malter Children Irrevocable 2012 Trust ("Malter Family Trust"), NYSA Land Partners LLC ("NYSALP") and SHM Acquisitions LLC whereby the Estate shall receive the total sum of $275,000.00 for its right, title and interest in NYSALP; (b) authorizing the Trustee to execute all documents necessary to effectuate the terms of the Stipulation of Settlement; and (c) such other and further relief as this Court deems just and proper ("Motion").

4. Following the service of the Notice of Hearing and Motion, the Trustee was contacted by a creditor requesting certain information concerning the settlement. After additional communication with the creditor and additional communication between the Trustee's counsel and

Malter's counsel, the Trustee negotiated an Amended Stipulation of Settlement. A copy of the Amended Stipulation of Settlement is annexed hereto as Exhibit "A."

5. The only modification to the Stipulation of Settlement is that creditor SHM Acquisitions LLC has agreed to reduce its general unsecured claim (Claim No. 63) from the sum of $3,521,721.98 to $2,000,000.00.

6. This modification of the Stipulation of Settlement is a further benefit to the creditors of the Bankruptcy Estate and request that the Court approve the Amended Stipulation of Settlement.

7. No prior application has been made to this or any other Court for the relief requested herein.

WHEREFORE, it is respectfully requested that this Honorable Court grant the Trustee's motion in its entirety and such other and further relief as this Court deems just and proper.

Dated: Garden City, New York
       November 13, 2025

_____
Marc A. Pergament