# EXHIBIT "A"

## AMENDED STIPULATION OF SETTLEMENT

WHEREAS, Marc A. Pergament, Chapter 7 Bankruptcy Trustee of the Bankruptcy Estate of Barnet Louis Liberman, Stefan H. Malter ("Malter"), the Malter Family Trust, SHM Acquisitions LLC and NYSA Land Partners LLC having entered into a Stipulation of Settlement resolving the Bankruptcy Estate's interest in certain entities and resolving claims that have been filed by Malter and his related entities; and

WHEREAS, the Trustee having received an informal objection to the Stipulation of Settlement from creditor Robert Cohen; and

WHEREAS, the Trustee having considered Robert Cohen's informal objection and questions and those questions and potential issues having been resolved; and

IT IS HEREBY STIPULATED AND AGREED that the Stipulation of Settlement by and between the Estate and Malter and his related entities is hereby amended solely to provide that Claim No. 63 of SHM Acquisitions LLC is hereby reduced from the sum of $3,521,721.98 to the sum of $2,000,000.00.

This amendment is the only amendment to the Stipulation of Settlement and contains the understanding of the parties and is subject to approval of the Bankruptcy Court.

All of the other terms and conditions set forth in the Stipulation of Settlement annexed as Exhibit "A" to the Trustee's motion (ECF No. 283) remains in full force and effect.

REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

(Signature Page to Follow)

Dated: Garden City, New York
November 12, 2025

Weinberg, Gross & Pergament LLP
Attorneys for Trustee

By: _____
Marc A. Pergament
400 Garden City Plaza, Suite 309
Garden City, New York 11530
(516) 877-2424 ext. 226
mpergament@wgplaw.com

_____
Stefan Malter, individually

SHM Acquisitions LLC

By: _____
Stefan Malter, Managing Member

2