The Kantrow Law Group, PLLC
*Attorneys for Official Committee*
732 Smithtown Bypass, Suite 101
Smithtown, New York 11787
Fred S. Kantrow, Esq.
516 703 3672

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT | RETURN DATE: **1/6/26** |
| EASTERN DISTRICT OF NEW YORK | TIME: **10:00 a.m.** |

-------------------------------------------------------------------x

In re:	Chapter 7
	Case No.: 21-70611-spg

BARNET LOUIS LIBERMAN,

                        Debtor.

-------------------------------------------------------------------x

**NOTICE OF THE FIRST AND FINAL APPLICATION OF THE KANTROW LAW GROUP, PLLC, AS COUNSEL TO OFFICIAL COMMITTEE OF CREDITORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES PURSUANT TO SECTIONS 327, 328 AND 330 OF THE UNITED STATES BANKRUPTCY CODE AND RULES 2002 AND 2016 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

      **PLEASE TAKE NOTICE** that the Official Committee of Creditors ("Committee") for the estate of Barnet Louis Liberman, the debtor ("Debtor"), by and through their counsel, The Kantrow Law Group, PLLC, shall move before the Hon. Sheryl P. Giugliano, United States Bankruptcy Judge, on **JANUARY 6, 2026, at 10:00 a.m.** or as soon thereafter as counsel may be heard, for the entry of an Order, authorizing Law Firm's allowance of compensation and reimbursement of out-of-pocket expenses incurred in its representation of the Committee at the United States Bankruptcy Court, 290 Federal Plaza, Central Islip, New York 11722 in Courtroom 860.

      **PLEASE TAKE FURTHER NOTICE** that the Law Firm seeks an award of compensation in the amount of **$15,790.00** and reimbursement of expenses in the amount of **$461.43** for a total award of **$16,251.43**.

      **PLEASE TAKE FURTHER NOTICE** that unopposed motions may be granted by the Court without the need for an appearance provided that the moving party files with the Court a

proposed order granting the motion along with a Certificate of No Objection at least **two (2) days prior** to the scheduled hearing date. Following receipt of the Certificate of No Objection, the Court may enter an order granting the motion without further pleading, hearing or request.

**PLEASE TAKE FURTHER NOTICE all attorneys and unrepresented parties are required to register for the hearing(s) at least two (2) business days in advance of the scheduled hearing by using the Court's eCourt Appearances platform: https://ecf.nyeb.uscourts.gov/cgi-bin/nyebAppearances.pl**.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief sought in the Application must conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, as modified by the Administrative Orders entered in this case, and be filed with the Bankruptcy Court electronically in accordance with the Administrative Orders of this Court, by registered users of the Bankruptcy Court's case filing system and, by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, Microsoft Word, DOS text (ASCII) or a scanned image of the filing, with a hard copy delivered directly to Chambers, and be served in accordance with the Administrative Orders of this Court; and upon (i) counsel to the Official Committee, The Kantrow Law Group, PLLC, 732 Smithtown Bypass, Suite 101, Smithtown, New York 11787 and (ii) the Office of the United States Trustee, 560 Federal Plaza, Central Islip, New York 11722, so as to be received by no later than **December 30, 2025.**

**PLEASE TAKE FURTHER NOTICE** that only those objections that have been timely filed may be considered by the Court.

Dated: Smithtown, New York
November 17, 2025

                                          The Kantrow Law Group, PLLC

BY:  S/Fred S. Kantrow
     Fred S. Kantrow
     *Attorneys for the Official Committee*
     732 Smithtown Bypass, Suite 101
     Smithtown, New York 11787
     fkantrow@kantrowlawgroup.com