The Kantrow Law Group, PLLC
*Attorneys for Official Committee*
732 Smithtown Bypass, Suite 101
Smithtown, New York 11787
Fred S. Kantrow, Esq.
516 703 3672

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT | RETURN DATE: **1/6/26** |
| EASTERN DISTRICT OF NEW YORK | TIME: **10:00 a.m.** |

-------------------------------------------------------------------x

In re:  
  
BARNET LOUIS LIBERMAN,

                     Debtor.

Chapter 7
Case No.: 21-70611-spg

-------------------------------------------------------------------x

**CERTIFICATION OF FRED S. KANTROW, ESQ. AS TO THE FINAL APPLICATION OF THE KANTROW LAW GROUP, PLLC, COUNSEL TO THE TRUSTEE, FOR ALLOWANCE OF REIMBURSEMENT OF EXPENSES PURSUANT TO SECTIONS 327, 328, 329 AND 331 OF THE BANKRUPTCY CODE AND RULES 2002 AND 2016 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AS REQUIRED BY THE LOCAL RULES FOR THE UNITED STATES BANKRUPTCY COURT FOR THE <u>EASTERN DISTRICT OF NEW YORK AND GENERAL ORDER 613</u>**

TO:    HON. SHERYL P. GIUGLIANO
          UNITED STATES BANKRUPTCY JUDGE

       Fred S. Kantrow, Esq., an attorney duly admitted to practice before the Courts of the State of New York and before this Honorable Court and the professional (the "Certifying Professional") designated by applicant, The Kantrow Law Group, PLLC (the "Applicant"), with the responsibility in this particular case for complying with the Amended Guidelines pursuant to the Local Rules for the United States Bankruptcy Court for the Eastern District of New York, and General Order 613, affirms the following to be true under the penalties of perjury, and states as follows:

       1.     Certifying Professional has read Applicant's application seeking entry of an order approving payment of Applicant's out of pocket expenses related to its representation of the Official Committee (the "Committee") in the above captioned estate.

2. Applicant incurred professional fees in the amount of $15,790.00, on account of 26.70 hours of services rendered, and related to its representation of the Committee in this estate.

3. To the best of the Certifying Professional's knowledge, information and belief formed after a reasonable inquiry, the disbursements sought fall within these Amended Guidelines as well as those Guidelines established by the Office of the United States Trustee, except to the extent that the Application specifically notes otherwise and is duly noted in this certification.

4. Except to the extent that fees or disbursements are prohibited by these Amended Guidelines, or the Guidelines established by the Office of the United States Trustee, the disbursements sought are billed at rates in accordance with practices customarily employed by Applicant and generally accepted by Applicant's clients.

5. In providing a reimbursable service, Applicant does not make a profit on that service, whether the service is performed by the Applicant in-house or through a third party.

6. Certifying Professional further states that Applicant provided the appointed chapter 7 trustee with billing updates on a periodic basis, in order to continually keep the trustee apprised of the accrual of fees and disbursements incurred by the estate during the pendency of this case. These periodic updates provided trustee a list of professionals and paraprofessional that have and continue to provide services, their respective billing rates, the aggregate hours spent by each professional and paraprofessional, a general description of the services rendered, a reasonably detailed breakdown of the disbursements incurred and an explanation of billing practices.

7. Certifying Professional further states that the trustee, the Court and the Office of the United States Trustee have each been provided with a copy of the Application seeking an award of reimbursement of expenses more than twenty-one (21) days before the date set by the Court for

the hearing on the Application.

Dated: Smithtown, New York
November 19, 2025

                                            BY:    <u>S/ Fred S. Kantrow</u>
                                                      Fred S. Kantrow, Esq.
                                                      Certifying Professional