**The Kantrow Law Group, PLLC**
732 Smithtown Bypass
Suite 101
Smithtown, NY 11787



**Official Committee of Liberman**
c/o Weinberg Gross & Pergament LLP
400 Garrden City Plaza
Suite 309
Garden City, NY 11530

**Invoice 10340**

| Date | Nov 17, 2025 |
|---|---|
| **Terms** | |
| **Service Thru** | Nov 17, 2025 |

**In Reference To: Chapter 11 (Labor)**

| Date | By | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **Asset Disposition** | | | | | |
| 05/14/2021 | FSK | meeting with Rosenberg and debtor's counsel regarding potential sale of assets and bid procedures (.6) and call with UST regarding same (.3) | $ 600.00 | 0.90 | $ 540.00 |
| 05/19/2021 | FSK | phone call with counsel to proposed stalking horse purchaser regarding 363 sale and bid procedures | $ 600.00 | 0.30 | $ 180.00 |
| 06/07/2021 | FSK | phone call regarding stalking horse/bid procedures | $ 600.00 | 0.40 | $ 240.00 |
| | | **Asset Disposition Total:** | | **1.60** | **$960.00** |
| **Case Administration** | | | | | |
| 05/04/2021 | FSK | phone call with UST regarding motions filed by debtor and adjorunment | $ 600.00 | 0.30 | $ 180.00 |
| 05/04/2021 | FSK | phone call with committee members regarding debtor's motions; creditor's position; request for adjournment | $ 600.00 | 0.30 | $ 180.00 |
| 05/04/2021 | FSK | phone call with Stu Gordon and Matt Spero regarding case status, 9019 motion; DIP financing motion; appointment of trustee; conversion to chapter 7 | $ 600.00 | 0.50 | $ 300.00 |
| 05/05/2021 | FSK | phone call with Matt Spero and Stu Gordon regarding the committee's position on operating trustee/examiner - case status | $ 600.00 | 0.50 | $ 300.00 |
| 05/06/2021 | FSK | phone call with Stu Gordon and Matt Spero regarding initial case conference | $ 600.00 | 0.30 | $ 180.00 |
| 05/10/2021 | FSK | court appearance initial status conference | $ 600.00 | 0.60 | $ 360.00 |
| 05/13/2021 | FSK | conference call with debtor and Rosenberg regarding motion to sell | $ 600.00 | 1.60 | $ 960.00 |
| 05/14/2021 | FSK | attend deposition of debtor conducted by Nype | $ 600.00 | 3.50 | $ 2,100.00 |
| 05/24/2021 | FSK | court appearance status conference | $ 600.00 | 1.10 | $ 660.00 |
| 06/16/2021 | FSK | draft joinder to creditor's motion to convert case to chapter 7 | $ 600.00 | 0.80 | $ 480.00 |

| Date | By | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 06/28/2021 | FSK | court appearance status conference/motion to convert to chapter 7 | $ 600.00 | 0.30 | $ 180.00 |
| 12/09/2022 | FSK | draft letter to UST with documents for 341 meeting | $ 600.00 | 0.50 | $ 300.00 |
| | | **Case Administration Total:** | | **10.30** | **$6,180.00** |

**Fee/Employment Applications**

| Date | By | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 04/30/2021 | HLK | draft and file application for retention of counsel | $ 325.00 | 1.00 | $ 325.00 |
| 11/17/2025 | FSK | draft final fee application | $ 645.00 | 1.00 | $ 645.00 |
| | | **Fee/Employment Applications Total:** | | **2.00** | **$970.00** |

**Financing**

| Date | By | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 05/03/2021 | FSK | review of DIP financing motion; 9019 motion; opposition thereto | $ 600.00 | 2.10 | $ 1,260.00 |
| | | **Financing Total:** | | **2.10** | **$1,260.00** |

**Litigation**

| Date | By | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 06/14/2021 | FSK | draft and file adversary proceeding, injunctive relief; order, 9077 and application for expedited relief | $ 600.00 | 6.20 | $ 3,720.00 |
| 06/14/2021 | FSK | draft and file application for TRO | $ 600.00 | 1.30 | $ 780.00 |
| | | **Litigation Total:** | | **7.50** | **$4,500.00** |

**Meeting of Creeditors**

| Date | By | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 05/07/2021 | FSK | prepare for and attend initial section 341 meeting of creditors | $ 600.00 | 3.20 | $ 1,920.00 |
| | | **Meeting of Creeditors Total:** | | **3.20** | **$1,920.00** |
| | | **Total Labor Amount:** | | **26.70** | **$15,790.00** |

**In Reference To: Chapter 11 (Expenses)**

| Date | By | Expenses | Rate | Quantity | Amount |
|---|---|---|---|---|---|
| **Miscellaneous** | | | | | |
| 06/14/2021 | FSK | filing fee adv pro | $ 350.00 | 1.00 | $ 350.00 |
| 06/16/2021 | FSK | conversion filing fee | $ 15.00 | 1.00 | $ 15.00 |
| 07/06/2021 | FSK | deposition fee | $ 96.43 | 1.00 | $ 96.43 |
| | | **Miscellaneous Total:** | | | **$461.43** |
| | | **Total Expenses Amount:** | | | **$461.43** |

| | |
|---|---|
| **Total Hours** | 26.70 hrs |
| **Total Labor** | $ 15,790.00 |
| **Total Expenses** | $ 461.43 |
| **Total Invoice Amount** | $ 16,251.43 |
| **Previous Balance** | **$ 0.00** |
| **Balance (Amount Due)** | **$ 16,251.43** |