# The Kantrow Law Group, PLLC - Summary Report

Date Start: 1/1/2000 | Date End: 11/17/2025 | Clients: Official Committee of Liberman | Matters: | Users: All | Account Managers: All | Assigned To: All

| Date | Client | Activity | User | Matter | Description | Billing Status | Rate/ Unit Price | Labor Time/ Quantity | Non-billable Amount | Billable Time/ Cost Price | Bill Amt/ Sell Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Client: Official Committee of Liberman** | | | | | | | | | | | |
| **User: Fred Kantrow** | | | | | | | | | | | |
| 05/03/2021 | Official Committee of Liberman | Financing | Fred Kantrow | Chapter 11 | review of DIP financing motion; 9019 motion; opposition thereto | Completed | $600.00 hr | 2.10 | $0.00 | 2.10 | $1,260.00 |
| 05/04/2021 | Official Committee of Liberman | Case Administration | Fred Kantrow | Chapter 11 | phone call with UST regarding motions filed by debtor and adjournment | Completed | $600.00 hr | 0.30 | $0.00 | 0.30 | $180.00 |
| 05/04/2021 | Official Committee of Liberman | Case Administration | Fred Kantrow | Chapter 11 | phone call with committee members regarding debtor's motions; creditor's position; request for adjournment | Completed | $600.00 hr | 0.30 | $0.00 | 0.30 | $180.00 |
| 05/04/2021 | Official Committee of Liberman | Case Administration | Fred Kantrow | Chapter 11 | phone call with Stu Gordon and Matt Spero regarding case status, 9019 motion; DIP financing motion; appointment of trustee; conversion to chapter 7 | Completed | $600.00 hr | 0.50 | $0.00 | 0.50 | $300.00 |
| 05/05/2021 | Official Committee of Liberman | Case Administration | Fred Kantrow | Chapter 11 | phone call with Matt Spero and Stu Gordon regarding the committee's position on operating trustee/examiner - case status | Completed | $600.00 hr | 0.50 | $0.00 | 0.50 | $300.00 |
| 05/06/2021 | Official Committee of Liberman | Case Administration | Fred Kantrow | Chapter 11 | phone call with Stu Gordon and Matt Spero regarding initial case conference | Completed | $600.00 hr | 0.30 | $0.00 | 0.30 | $180.00 |
| 05/07/2021 | Official Committee of Liberman | Meeting of Creeditors | Fred Kantrow | Chapter 11 | prepare for and attend initial section 341 meeting of creditors | Completed | $600.00 hr | 3.20 | $0.00 | 3.20 | $1,920.00 |
| 05/10/2021 | Official Committee of Liberman | Case Administration | Fred Kantrow | Chapter 11 | court appearance initial status conference | Completed | $600.00 hr | 0.60 | $0.00 | 0.60 | $360.00 |
| 05/13/2021 | Official Committee of Liberman | Case Administration | Fred Kantrow | Chapter 11 | conference call with debtor and Rosenberg regarding motion to sell | Completed | $600.00 hr | 1.60 | $0.00 | 1.60 | $960.00 |
| 05/14/2021 | Official Committee of Liberman | Asset Disposition | Fred Kantrow | Chapter 11 | meeting with Rosenberg and debtor's counsel regarding potential sale of assets and bid procedures (.6) and call with UST regarding same (.3) | Completed | $600.00 hr | 0.90 | $0.00 | 0.90 | $540.00 |
| 05/14/2021 | Official Committee of Liberman | Case Administration | Fred Kantrow | Chapter 11 | attend deposition of debtor conducted by Nype | Completed | $600.00 hr | 3.50 | $0.00 | 3.50 | $2,100.00 |
| 05/19/2021 | Official Committee of Liberman | Asset Disposition | Fred Kantrow | Chapter 11 | phone call with counsel to proposed stalking horse purchaser regarding 363 sale and bid procedures | Completed | $600.00 hr | 0.30 | $0.00 | 0.30 | $180.00 |
| 05/24/2021 | Official Committee of Liberman | Case Administration | Fred Kantrow | Chapter 11 | court appearance status conference | Completed | $600.00 hr | 1.10 | $0.00 | 1.10 | $660.00 |
| 06/07/2021 | Official Committee of Liberman | Asset Disposition | Fred Kantrow | Chapter 11 | phone call regarding stalking horse/bid procedures | Completed | $600.00 hr | 0.40 | $0.00 | 0.40 | $240.00 |
| 06/14/2021 | Official Committee of Liberman | Miscellaneous | Fred Kantrow | Chapter 11 | filing fee adv pro | Completed | $350.00 ea | 1.00 | $0.00 | $350.00 | $350.00 |
| 06/14/2021 | Official Committee of Liberman | Litigation | Fred Kantrow | Chapter 11 | draft and file adversary proceeding, injunctive relief; order, 9077 and application for expedited relief | Completed | $600.00 hr | 6.20 | $0.00 | 6.20 | $3,720.00 |
| 06/14/2021 | Official Committee of Liberman | Litigation | Fred Kantrow | Chapter 11 | draft and file application for TRO | Completed | $600.00 hr | 1.30 | $0.00 | 1.30 | $780.00 |
| 06/16/2021 | Official Committee of Liberman | Miscellaneous | Fred Kantrow | Chapter 11 | conversion filing fee | Completed | $15.00 ea | 1.00 | $0.00 | $15.00 | $15.00 |
| 06/16/2021 | Official Committee of Liberman | Case Administration | Fred Kantrow | Chapter 11 | draft joinder to creditor's motion to convert case to chapter 7 | Completed | $600.00 hr | 0.80 | $0.00 | 0.80 | $480.00 |
| 06/28/2021 | Official Committee of Liberman | Case Administration | Fred Kantrow | Chapter 11 | court appearance status conference/motion to convert to chapter 7 | Completed | $600.00 hr | 0.30 | $0.00 | 0.30 | $180.00 |
| 07/06/2021 | Official Committee of Liberman | Miscellaneous | Fred Kantrow | Chapter 11 | deposition fee | Completed | $96.43 ea | 1.00 | $0.00 | $96.43 | $96.43 |
| 12/09/2022 | Official Committee of Liberman | Case Administration | Fred Kantrow | Chapter 11 | draft letter to UST with documents for 341 meeting | Completed | $600.00 hr | 0.50 | $0.00 | 0.50 | $300.00 |
| 11/17/2025 | Official Committee of Liberman | Fee/Employment Applications | Fred Kantrow | Chapter 11 | draft final fee application | Completed | $645.00 hr | 1.00 | $0.00 | 1.00 | $645.00 |
| | | | | | **Total Labor For User: Fred Kantrow** | | | 25.70 | $0.00 | 25.70 | $15,465.00 |
| | | | | | **Total Expense For User: Fred Kantrow** | | | | | $461.43 | $461.43 |
| | | | | | **Total For User: Fred Kantrow** | | | | | | $15,926.43 |
| **User: Hailey Kantrow** | | | | | | | | | | | |
| 04/30/2021 | Official Committee of Liberman | Fee/Employment Applications | Hailey Kantrow | Chapter 11 | draft and file application for retention of counsel | Completed | $325.00 hr | 1.00 | $0.00 | 1.00 | $325.00 |
| | | | | | **Total Labor For User: Hailey Kantrow** | | | 1.00 | $0.00 | 1.00 | $325.00 |
| | | | | | **Total Expense For User: Hailey Kantrow** | | | | | $0.00 | $0.00 |
| | | | | | **Total For User: Hailey Kantrow** | | | | | | $325.00 |
| | | | | | **Total Labor For Client: Official Committee of Liberman** | | | 26.70 | $0.00 | 26.70 | $15,790.00 |
| | | | | | **Total Expense For Client: Official Committee of Liberman** | | | | | $461.43 | $461.43 |
| | | | | | **Total For Client: Official Committee of Liberman** | | | | | | $16,251.43 |
| | | | | | **Grand Total Labor** | | | 26.70 | $0.00 | 26.70 | $15,790.00 |
| | | | | | **Grand Total Expenses** | | | | | $461.43 | $461.43 |
| | | | | | **Grand Total** | | | | | | $16,251.43 |