UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                                                                    Chapter 7
                                                                                              Case No.: 21-70611-spg
BARNET LOUIS LIBERMAN,

                             Debtor.
-----------------------------------------------------------------x

**ORDER APPROVING COMPENSATION AND REIMBURSEMENT
OF EXPENSES OF THE KANTROW LAW GROUP, PLLC,
AS COUNSEL TO OFFICIAL COMMITTEE OF CREDITORS**

        The Kantrow Law Group, PLLC, ("Law Firm"), as counsel to the Official Committee of Creditors ("Committee") for the estate of Barnet Louis Liberman, the debtor ("Debtor"), having filed its first and final application for compensation and reimbursement of expenses ("Application") [ECF No.290]; and a hearing on the Law Firm's Application having been held before this Court on January 6, 2026; and due notice of the Law Firm's Application as required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure, having been given; and the Law Firm's Application having been examined and found to be correct, complete and no adverse interest having been established; it is hereby

        ORDERED, that the Law Firm's Application is hereby approved and confirmed; and it is further

        ORDERED, that the Law Firm's Application for a final award of the Law Firm's compensation in the amount of $15,790.00 be and hereby is granted; and it is further

        ORDERED, that the Law Firm's application for a final award of the Law Firm's expenses in the amount of $461.43 be and hereby is granted, thus resulting in a final allowance for compensation and reimbursement of expenses to the Law Firm in the total amount of $16,251.43; and it is further

ORDERED that the Court shall retain jurisdiction over this Order to determine any dispute that may arise hereunder.