# Weinberg, Gross & Pergament LLP

**ATTORNEYS AT LAW**
A PARTNERSHIP INCLUDING A PROFESSIONAL CORPORATION
400 Garden City Plaza
Suite 309
Garden City, New York 11530

Tel (516) 877-2424
Fax (516) 877-2460
www.wgplaw.com

Michael A. Farina
David E. Miller*
Marc A. Pergament
Marc Weingard

*Admitted To Practice in
New York and Connecticut*

*Of Counsel*
Howard R. Gross**
Harvey Weinberg

**Admitted To Practice in
New York and Florida*

November 25, 2025

VIA ECF
Honorable Sheryl P. Giugliano
United States Bankruptcy Judge
United States Bankruptcy Court
Alfonse D'Amato U.S. Courthouse
290 Federal Plaza
Central Islip, New York 11722

Re: Barnet Louis Liberman
Case No. 821-70611-spg

Dear Judge Giugliano:

This letter shall confirm that the Trustee's Rule 9019 motion (ECF No. 283) in the above-referenced case has been adjourned from December 2, 2025 at 10:00 a.m. to January 6, 2026 at 10:00 a.m.

In the event Your Honor has any questions, kindly have Chambers contact me.

Respectfully yours,

Marc A. Pergament

MAP:es

cc: *See Attached Service List*

## *SERVICE LIST*

Akerman LLP
Attorneys for SMH Acquisition LLC
Attn: Mark S. Lichtenstein, Esq.
E-Mail - mark.lichtenstein@akerman.com

Berkman, Henoch, Peterson & Peddy PC
Attorneys Pro-Se
Attn: Nicholas Tuffarelli, Esq.
E-Mail – n.tuffarelli@bhpp.com

Gallet Dreyer & Berkley, LLP
Attorneys for Residential Committee of the Board
of Directors of the Printing House Condominium
Attn: Kyle G. Kunst, Esq.
E-Mail - kgk@gdblaw.com

Gibbons P.C.
Counsel for Winthrop Chamberlin
Attn: Mark B. Conlan, Esq.
E-Mail - mconlan@gibbonslaw.com
Attn: Larry Goldman, Esq.
E-Mail - lgoldman@gibbonslaw.com

Herrick, Feinstein LLP
Attorneys for creditor Herrick Feinstein LLP
Attn: Stephen B. Selbst, Esq.
E-Mail - sselbst@herrick.com

Jacob M. Toledano
E-Mail - medival5@verizon.net

James E. and Bernice Bookhamer
E-Mail - jbookie@verizon.net

Joseph J. Haspel, PLLC
Attorneys for James E. and Bernice Bookhamer,
Harry Karten and Yakov and Marcia Toldano
Attn: Joseph J. Haspel, Esq.
E-Mail - jhaspel@haspellaw.net

Kirby Aisner & Curley LLP
Attorneys for Slated IP LLC
Attn: Dawn Kirby, Esq.
E-Mail - dkirby@kacllp.com

Klestadt Winters Jureller Southard & Stevens, LLP
Attorneys for Board of Managers of Printing House
Condominium and the Residential Committee of the
Board of Managers of Printing House Condominium
Attn: Tracy L. Klestadt, Esq.
E-Mail - tklestadt@klestadt.com

Lefkowicz Law, PLLC
Attorneys for Leah Liberman and Leah Liberman Trust
Attn: Mark I. Lefkowicz, Esq.
E-Mail – mil@mlefkolaw.com

Letitia James, Attorney General State of NY
Attorney for NYS Department of Taxation & Finance
Attn: Leo V. Gagion, Esq.
    Assistant Attorney General
E-Mail - leo.gagion@ag.ny.gov

Moritt Hock & Hamroff LLP
Attorneys for Signature Bank
Attn: Allison Arotsky, Esq.
E-Mail - aarotsky@moritthock.com
Attn: Scott K. Levine, Esq.
E-Mail - slevine@moritthock.com

Office of the United States Trustee
Attn: William J. Birmingham, Esq.
E-Mail – william.birmingham@usdoj.gov

Revenue Plus LLC
Attn: Russell L. Nype
E-Mail - rnype@revenueplus.tv
Attn: William J. Candee, Esq.
E-Mail – candee@alumni.princeton.ed

Robertson, Anschutz, Schneid,
Crane & Partners, PLLC
Attorneys for HSBC Bank USA
Attn: Raquel Felix, Esq.
E-Mail – raqfelix@raslg.com

Rosen & Associates, P.C.
Attorneys for Debtor
Attn: Paris Gyparakis, Esq.
E-Mail - pgyparakis@rosenpc.com
Attn: Sanford P. Rosen, Esq.
E-Mail - srosen@rosenpc.com

Rosenberg & Estis, P.C.
Attorneys for 3-4 Lender LLC
and 305-421 LLC
Attn: Andrew R. Gottesman, Esq.
E-Mail - agottesman@rosenbergestis.com

The Goldring Firm
Attorneys for Michael Lantino, Joanne Cabello, et al
Attn: Melanie A. Sarver, Esq.
E-Mail - msarver@goldringfirm.com
ogoldring@goldringfirm.com

U.S. Attorney's Office
Eastern District of New York
Attn: Diane Leonard, Esq.
    L.I. Civil Division Chief
    E-Mail – diane.beckmann@usdoj.gov

U.S. Department of Justice
Office of the United States Trustee
Attn: Christine H. Black, Esq.
    Assistant U.S. Trustee
E-Mail - christine.h.black@usdoj.gov