UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In Re:                                                                                  Chapter 7

Barnet Louis Liberman,                                                      Case No. 821-70611-spg

        Debtor.

-----------------------------------------------------------X

## CERTIFICATE OF NO OBJECTION

Pursuant to 28 U.S.C. § 1746, the undersigned hereby certifies as follows:

1. On October 2, 2025, Marc A. Pergament, Chapter 7 Trustee of the Bankruptcy Estate of Barnet Louis Liberman ("Trustee" or "Movant'), filed a Motion for an Order pursuant to Rule 9019(a) of the Federal Rules of Bankruptcy Procedure: (a) approving the settlement between the Trustee, on behalf of the Estate, Stefan Malter ("Malter"), the Malter Children Irrevocable 2012 Trust ("Malter Family Trust"), NYSA Land Partners LLC ("NYSALP") and SHM Acquisitions LLC whereby the Estate shall receive the total sum of $275,000.00 for its right, title and interest in NYSALP; (b) authorizing the Trustee to execute all documents necessary to effectuate the terms of the Stipulation of Settlement; and (c) such other and further relief as this Court deems just and proper ("Motion").

2. Contemporaneously with the Motion, the Trustee filed and served a Notice of Hearing on the Motion on October 2, 2025 scheduling a hearing on the Motion for December 2, 2025. The Trustee also filed and served a Supplemental Affirmation in Support to the Motion on November 14, 2025. The Court adjourned the Motion to January 6, 2026.

3. Pursuant to E.D.N.Y. LBR 9006-1, responsive papers are to be served so as to be received no later than seven (7) days before the hearing date (the "Objection Deadline").

4. The Objection Deadline has passed and (i) the Motion was filed and served in a timely fashion, (ii) no objection has been filed or served on the movant nor has there been a request for an adjournment, (iii) there is no objection, responsive pleading or request for a hearing with respect to the Motion on the docket, and (iv) movant is aware of no informal objection.

5. This Certificate of No Objection is being filed not less than forty-eight (48) hours after the expiration of the Objection Deadline.

6. The proposed order was served with the Notice of Hearing and Motion, and the proposed order was uploaded to CM/ECF E-Orders on this date.

7. Accordingly, this Court may enter the proposed order granting the Motion without need for a hearing. A copy of the proposed order is annexed hereto as Exhibit "A."

Dated: Garden City, New York
December 30, 2025

By: _____

Weinberg, Gross & Pergament LLP
Attorneys for Trustee

Marc A. Pergament
400 Garden City Plaza, Suite 309
Garden City, New York 11530
(516) 877-2424