EXHIBIT "A"

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------X

In Re:                                                           Chapter 7

Barnet Louis Liberman,                              Case No. 821-70611-spg

        Debtor.

---------------------------------------------------------X

### ORDER APPROVING THE SETTLMENT BETWEEN THE TRUSTEE, ON BEHALF OF THE ESTATE, STEFAN MALTER, THE MALTER CHILDREN IRREVOCABLE 2012 TRUST, NYSA LAND PARTNERS LLC, AND SHM ACQUISITIONS LLC

Upon the motion, dated October 1, 2025 (ECF No. 283) (the "Motion"), of Marc A. Pergament, Trustee of the Estate of Barnet Louis Liberman seeking the entry of an Order pursuant to Rule 9019(a) of the Federal Rules of Bankruptcy Procedure: (a) approving the settlement between the Trustee, on behalf of the Estate, Stefan Malter ("Malter"), the Malter Children Irrevocable 2012 Trust ("Malter Family Trust"), NYSA Land Partners LLC ("NYSALP") and SHM Acquisitions LLC whereby the Estate shall receive the total sum of $275,000.00 for its right, title and interest in NYSALP; (b) authorizing the Trustee to execute all documents necessary to effectuate the terms of the Stipulation of Settlement; and (c) such other and further relief as this Court deems just and proper by granting related relief; and the Court having found that: (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (ii) venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iv) notice of the Motion was sufficient and no additional notice of a hearing on the Motion is required under the circumstances; (v) the relief sought in the Motion is in the best interests of the Debtor's estate, its creditors and other parties in interest; and the Certificate of No Objection, filed on December 30, 2025 (ECF No. ___), certifying that no objections or responses were filed with respect

to the Motion and relief requested therein; and the Court having reviewed the Motion and having determined that the legal and factual basis set forth in the Motion establish just cause for the relief granted herein; now therefore;

IT IS HEREBY ORDERED THAT:

1.     The Motion is granted to the extent provided herein.

2.     Pursuant to Bankruptcy Rule 9019 the Settlement, and all of its terms and conditions, are approved.

3.     The Trustee is authorized to take any and all actions reasonably necessary to consummate the Settlement and perform any and all obligations contemplated therein.

4.     The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.