UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X

In Re:                                                    Chapter 7

Barnet Louis Liberman,                                    Case No. 821-70611-spg

      Debtor.

---------------------------------------------------------X

## CERTIFICATE OF NO OBJECTION

Pursuant to 28 U.S.C. § 1746, the undersigned hereby certifies as follows:

1. On November 17, 2025, Marc A. Pergament, Chapter 7 Trustee of the Bankruptcy Estate of Barnet Louis Liberman ("Trustee" or "Movant'), filed a Motion for an Order seeking the entry of an order fixing the last day for filing proofs of Chapter 11 post-petition claims or, interests, and designating the form and manner of notice (collectively, the "Requested Relief") ("Motion").

2. Contemporaneously with the Motion, the Trustee filed and served a Notice of Hearing on the Motion on November 17, 2025 scheduling a hearing on the Motion for January 6, 2026.

3. Pursuant to E.D.N.Y. LBR 9006-1, responsive papers are to be served so as to be received no later than seven (7) days before the hearing date (the "Objection Deadline").

4. The Objection Deadline has passed and (i) the Motion was filed and served in a timely fashion, (ii) no objection has been filed or served on the movant nor has there been a request for an adjournment, (iii) there is no objection, responsive pleading or request for a hearing with respect to the Motion on the docket, and (iv) movant is aware of no informal objection.

5. This Certificate of No Objection is being filed not less than forty-eight (48) hours after the expiration of the Objection Deadline.

6. The proposed order was served with the Notice of Hearing and Motion, and the proposed order was uploaded to CM/ECF E-Orders on this date.

7. Accordingly, this Court may enter the proposed order granting the Motion without need for a hearing. A copy of the proposed order is annexed hereto as Exhibit "A."

Dated: Garden City, New York
December 30, 2025

                Weinberg, Gross & Pergament LLP
                Attorneys for Trustee

By: _____
      Marc A. Pergament
      400 Garden City Plaza, Suite 309
      Garden City, New York 11530
      (516) 877-2424