UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X

In Re:                                        Chapter 7

Barnet Louis Liberman,                        Case No. 821-70611-spg

       Debtor.

--------------------------------------------------------X

## AMENDED CERTIFICATE OF NO OBJECTION

Pursuant to 28 U.S.C. § 1746, the undersigned hereby certifies as follows:

1.      On March 11, 2026, Marc A. Pergament, Chapter 7 Trustee of the Bankruptcy Estate of Barnet Louis Liberman ("Trustee" or "Movant'), filed a Motion for an Order: (a) approving the Interim Fee Application of Arpad Baksa Architect, P.C. for fees in the sum of $55,369.91 as and for its architectural services provided for the benefit of the Bankruptcy Estate; (b) authorizing the Trustee, on behalf of the Estate to pay the sums awarded by the Court; and (c) such other and further relief as this Court deems just and proper ("Motion").

2.      Contemporaneously with the Motion, the Trustee filed and served a notice of hearing on the Motion (the "Notice of Hearing"), providing a hearing date and time of April 14, 2026 at 10:00 a.m. (ET).

3.      On March 17, 2026 the Movant filed an affidavit of service [ECF No. 306], demonstrating adequate and sufficient service of the Motion and the Notice of Hearing.

4.      Pursuant to Rule 9006-1 of the Local Bankruptcy Rules for the Eastern District of New York, any papers responsive to the relief requested in the Motion were due no later than April 7, 2026 (the "Objection Deadline"), which is seven (7) days before the hearing presently scheduled on the Motion.

5.      The Motion and Notice of Hearing were filed and served timely, and as of the filing of this Certificate of No Objection, more than forty-eight (48) hours have elapsed since the Objection Deadline.

6.      To the best of my knowledge:  (i) no objection has been filed or served on the Movant; (ii) there is no objection, responsive pleading, or request for a hearing or adjournment with respect to the Motion on the docket of the above-captioned case, and (iii) the Movant is aware of no informal objection to the relief requested in the Motion.

7.      Accordingly, the undersigned respectfully requests entry of the proposed order, annexed hereto as Exhibit A and uploaded with the Court, at the Court's earliest convenience without need for a hearing on the Motion.

Dated: Garden City, New York
       April 13, 2026

Weinberg, Gross & Pergament LLP
Attorneys for Trustee

By: _____
Marc A. Pergament
400 Garden City Plaza, Suite 309
Garden City, New York 11530
(516) 877-2424