UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In Re:                                             Chapter 7

Barnet Louis Liberman,                             Case No. 821-70611-spg

        Debtor.

-----------------------------------------------------------X

## CERTIFICATION OF ARPAD BAKSA AS TO THE
## FEE APPLICATION OF ARPAD BAKSA ARCHITECT, P.C.

TO:    The Honorable Sheryl P. Giugliano,
        United States Bankruptcy Judge:

Arpad Baksa, the professional (the "Certifying Professional") designated by Arpad Baksa Architect, P.C. (the "Applicant"), with the responsibility in this particular case for complying with the Amended Guidelines pursuant to the Local Rules of the United States Bankruptcy Court for the Eastern District of New York, and General Order 613, declares the following to be true under the penalties of perjury, and states as follows:

1.      The Certifying Professional has read the Applicant's application seeking entry of an order approving payment of the Applicant's fees and out of pocket expenses related to its representation of the Trustee in the above-captioned estate.

2.      The Applicant incurred professional fees in the amount of $55,369.91 for its services for the Trustee and this estate with respect to the Debtor's real property.

3.      The Applicant provided the services on an agreed upon schedule that was incorporated in the application for the Applicant's retention.

4.      To the best of the Certifying Professional's knowledge, information and belief formed after a reasonable inquiry, the disbursements sought fall within these Amended

Guidelines as well as those Guidelines established by the Office of the United States Trustee, except to the extent that the Application specifically notes otherwise and is duly noted in this certification.

5.    Except to the extent that fees or disbursements are prohibited by these Amended Guidelines or the Guidelines established by the Office of the United States Trustee, the disbursements sought are billed at rates in accordance with practices customarily employed by the Applicant and generally accepted by the Applicant's clients.

6.    In providing a reimbursable service, the Applicant does not make a profit on that service, whether the service is performed by the Applicant in-house or through a third party.

7.    Certifying Professional further states that the Trustee, the Court and the Office of the United States Trustee have each been provided with a copy of the Application seeking an award of reimbursement of expenses more than twenty-one (21) days before the date set by the Court for the hearing on the Application.

Dated: Garden City, New York
      April 21, 2026

Arpad Baksa