UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re:

BARNET LOUIS LIBERMAN,

Debtor.
-------------------------------------------------------------------x

Chapter 7

Case No. 21-70611-spg

**ORDER GRANTING TRUSTEE'S APPLICATION TO APPROVE
INTERIM FEE APPLICATION OF ARPAD BAKSA ARCHITECT, P.C. [ECF NO. 306]**

Upon the application [ECF No. 306] (the "Fee Application"), filed March 11, 2026, of Marc A. Pergament, Esq., the chapter 7 trustee (the "Trustee") of the above-captioned debtor (the "Debtor"), seeking entry of an order: (a) approving the interim fee application of Arpad Baksa Architect, P.C. for fees in the sum of $55,369.91 as and for its architectural services provided for the benefit of the Debtor's bankruptcy estate; (b) authorizing the Trustee, on behalf of the estate to pay the sums awarded by the Court; and (c) granting such other and further relief as this Court deems just and proper; and a hearing on the Fee Application having been scheduled for April 15, 2026 (the "Hearing"); and upon the affidavits of service [ECF Nos. 307 and 308], filed March 11, 2026, together demonstrating good and sufficient notice of the Fee Application and the Hearing thereon; and upon the amended certificate of no objection, filed April 13, 2026 [ECF No. 311], certifying that no objections or responses were filed with respect to the Fee Application and relief requested therein; and upon the supporting certification of Arpad Baksa of Arpad Baksa Architect, P.C. [ECF No. 312] (the "Baksa Certification"), filed April 27, 2026; and the Court having carefully reviewed the Fee Application and all of the exhibits thereto, as well as the Baksa Certification; and good cause appearing therefor, it is

**ORDERED,** that the Fee Application is **GRANTED** to the extent provided herein; and it is further

**ORDERED,** that Arpad Baksa Architect, P.C. is hereby allowed an interim award of compensation for fees in the sum of $55,369.91, and the Trustee is authorized to pay that amount.



Dated: Central Islip, New York

May 4, 2026

Sheryl P. Giugliano

United States Bankruptcy Judge

2