UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In Re: Chapter 7

Barnet Louis Liberman, Case No. 821-70611-spg

Debtor.

-----------------------------------------------------------X

Application in Support of Order Retaining a Real Estate Broker

TO: The Honorable Sheryl P. Giugliano,
United States Bankruptcy Judge

The Application of Marc A. Pergament, Trustee, by his attorneys, Weinberg, Gross & Pergament LLP, respectfully represents:

1. That Applicant is the Trustee herein, duly qualified and acting as such.

2. The Trustee seeks authority to employ a real estate broker to sell the Debtor's real property known as 421 Hudson Street, Units 805, 806 and C8, New York, New York ("Property"). Pursuant to a settlement approved by the Court by Order of December 1, 2023 (Dkt. No. 62), the Estate obtained 100% ownership of the Hudson 805 LLC, which is titled owner of the Property.

3. It will be necessary to retain a real estate broker to sell the Property.

4. Applicant seeks to retain the services of Compass Real Estate as his exclusive real estate broker to conduct the sale of the Property, pursuant to the rules of this Court, and that said real estate broker be allowed a commission rate of five (5%) percent of the selling price, if it is the procuring cause of the sale.

5. That Compass Real Estate is experienced and knowledgeable in the sale of residential real estate.

6. To the best of Applicant's knowledge, Compass Real Estate has no connection or business association with the Debtor, nor does it hold any interest adverse to this estate, and it is a disinterested person within the meaning of 11 U.S.C. Sections 101(14) and 327(a).

WHEREFORE, Applicant requests that the Court sign the Order, for which no previous application has been made.

Dated: Garden City, New York
September 10, 2026

Marc A. Pergament, Trustee