UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

In Re:

Barnet Louis Liberman,

Debtor.

Chapter 7

Case No. 821-70611-spg

Declaration

---------------------------------------------------------------X

Emily Lundell, duly affirms, swears and declares on this 14 day of May, 2026, under the penalties of perjury under the laws of the State of New York, that the foregoing is true and correct::

1. I am a licensed real estate broker employed by Compass Real Estate, 110 Fifth Avenue, 3rd Floor, New York, New York.

2. I am qualified to perform the services specified in the application of Marc A. Pergament, Trustee, for the retention of a real estate broker to assist the Trustee herein.

3. I am a "disinterested person" within the meaning of Section 101(14) and Section 327(a) of the Bankruptcy Code and hold no interest which is adverse to the Debtor, the estate or any of the creditors in this case.

4. My firm, Compass Real Estate, agrees that it shall be allowed a commission rate of five (5%) percent of the selling price, if it is a procuring cause of the sale, and that the approval of the sale and our commission is subject to Court approval.

Emily Lundell

Emily Lundell