UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:

BARNET LOUIS LIBERMAN,

Debtor.
---------------------------------------------------------x

Chapter 7

Case No. 21-70611-spg

**ORDER AUTHORIZING RETENTION AND EMPLOYMENT OF COMPASS REAL ESTATE AS TRUSTEE'S REAL ESTATE BROKER**

Upon the application [ECF No. 314] (the "Application"), filed September 10, 2026, of Marc A. Pergament, the chapter 7 trustee (the "Trustee") of the estate of the above-captioned debtor (the "Debtor"), for an order under 11 U.S.C. § 327, rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rule 2014-1 of the Local Bankruptcy Rules for the Eastern District of New York (the "Local Rules"), authorizing the retention and employment of Compass Real Estate as the Trustee's exclusive real estate broker to sell the real property known as 421 Hudson Street, Units 805, 806 and C8, New York, New York (the "Property"); and upon the affidavit annexed to the Application of Emily Lundell, a licensed real estate broker at Compass Real Estate; and it appearing that no notice of the Application need be given and no hearing on the Application is necessary; and no opposition having been interposed; and the Court being satisfied that: (i) Compass Real Estate represents no interest adverse to the Debtor or the estate in the matters upon which it is to be engaged; (ii) Compass Real Estate is a disinterested person within the meaning of 11 U.S.C. §§ 101(14) and 327(a); and (iii) the employment of Compass Real Estate is necessary and would be in the best interest of this estate, it is

**ORDERED,** that the Application is **GRANTED** as set forth herein; and it is further

**ORDERED,** that the Trustee is hereby authorized to employ Compass Real Estate as the Trustee's exclusive real estate broker for a period not to exceed six (6) months on the terms set forth in the Application; and it is further

**ORDERED,** that upon Court approval of a sale of the Debtor's Property, simultaneous approval of the broker's fee and a closing following the same, Compass Real Estate, shall be paid compensation for its services, not to exceed five percent (5%) of the gross proceeds of said sale, provided that Compass Real Estate is the procuring cause of such sale.

No Objection
Office of the U.S. Trustee

By: /s/ William J. Birmingham
Trial Attorney
Office of the United States Trustee

**Dated: Central Islip, New York**
**September 28, 2026**

Sheryl P. Giugliano
United States Bankruptcy Judge